IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants.* | Case No. _____ |

### **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65.1, Plaintiffs, by undersigned counsel, respectfully request that the Court issue a temporary restraining order enjoining Defendants from implementing the unlawful and unconstitutional Redesignation Directive by transferring Plaintiffs to the United States Penitentiary Florence Administrative Maximum (ADX), until such time as the Court can further consider the merits of the Plaintiffs' claims, including any motion for a preliminary injunction that Plaintiffs may bring. Upon information and belief, Defendants will begin transferring the Plaintiffs to ADX as soon as the week of April 21, 2025. Emergency relief is therefore necessary because the circumstances are exigent and the injuries are irreparable. The attached memorandum of law, along with its supporting declarations and exhibits, set forth the grounds for this motion. A proposed order and a certification of compliance with Local Rule 65.1 are attached.

Dated: April 16, 2025
   Washington, DC

Respectfully submitted,

*/s/ Maria V. Morris*

| | |
|---|---|
| Brian Stull, N.C. 36002* | David C. Fathi, Wash. 24893** |
| Claudia Van Wyk, Penn. 95130* | Maria V. Morris, D.C. 1697904 |
| **ACLU FOUNDATION** | Jennifer Wedekind, D.C. 1012362 |
| 201 W. Main St., Ste. 402 | **ACLU FOUNDATION** |
| Durham, NC 27701 | 915 15th Street NW |
| Tel: (919) 682-5659 | Washington, DC 20005 |
| bstull@aclu.org | Tel: (202) 393-4930 |
| cvanwyk@aclu.org | dfathi@aclu.org |
| | mmorris@aclu.org |
| | jwedekind@aclu.org |

Corene T. Kendrick, Cal. 226642*
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

Laura Rovner, Colo. 35592*
Nicole Godfrey, Colo. 41546***
Miriam Kerler, Colo. 56575***
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

Joseph Margulies, Ill. 6198353
(Admitted to D.D.C. as pro bono counsel)
**CORNELL UNIVERSITY**
Professor of the Practice of Government
216 White Hall
Ithaca, NY 14850
Tel: (607) 255-6477
jm347@cornell.edu

Carmen Iguina González
**HECKER FINK LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (202) 742-2661
ciguinagonzalez@heckerfink.com

2

David Patton*
Ian Robertson*
Krysta Kilinski*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

*Attorneys for Plaintiffs*

*\* Pro hac vice application forthcoming*

*\*\* Not admitted in D.C.; practice limited to federal courts. Pro hac vice application forthcoming.*

*\*\*\* Application for admission to District of D.C. accepted, awaiting May 5, 2025 admission ceremony*