# EXHIBIT 3



# Office of the Attorney General
## Washington, D. C. 20530

February 5, 2025

MEMORANDUM FOR ALL DEPARTMENT EMPLOYEES

FROM:   THE ATTORNEY GENERAL

SUBJECT:   RESTORING A MEASURE OF JUSTICE TO THE FAMILIES OF VICTIMS OF COMMUTED MURDERERS[1]

Former President Biden's death sentence commutations undermined our justice system and subverted the rule of law. The commutations also robbed the victims' families of the justice promised—and fought hard to achieve—by the Department of Justice. The Department of Justice is directed to immediately commence the following actions to achieve justice for the victims' families of the 37 commuted murderers.

*First*, the Department of Justice will explore opportunities to provide a public forum for the victims' families to express how the commutations affected them personally. This is an important step not only in achieving accountability, but also in building back the trust of these individuals and anyone else who has lost a loved one to violent crime.

*Second*, the relevant U.S. Attorney's Offices are directed to assist local prosecutors in pursuing death sentences under state law against the 37 commuted inmates, where appropriate and legally permissible, and after consultation with the victims' families and other interested parties. The Capital Case Section shall assist the United States Attorney's Offices in implementing this directive.

*Third*, the Federal Bureau of Prisons is directed to ensure that the conditions of confinement for each of the 37 commuted murderers are consistent with the security risks those inmates present because of their egregious crimes, criminal histories, and all other relevant considerations.

---

[1] This guidance is not intended to, does not, and may not be relied upon to create, any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.