# EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REJON TAYLOR, *et al.*,

                *Plaintiffs,*

       v.

DONALD J. TRUMP, *et al.*, in their official capacities,

                *Defendants*.

Case No. _____

## <u>DECLARATION OF DAVID PATTON</u>

I, David Patton, hereby declare under penalty of perjury as follows:

1.       I am a partner in the law firm Hecker Fink LLP, attorneys for Plaintiffs Rejon Taylor, Norris Holder, Brandon Basham, Wesley Coonce, Brandon Council, Chadrick Fulks, Thomas Hager, Charles Hall, Richard Jackson, Jurijus Kadamovas, Daryl Lawrence, Iouri Mikhel, Ronald Mikos, James Roane, Julius Robinson, David Runyon, Ricardo Sanchez, Richard Tipton, Jorge Torrez, Daniel Troya, and Alejandro Umaña in the above-captioned action.

2.       I supervised and reviewed research regarding the placement of federal prisoners whose death sentences were overturned by court order or presidential commutation.

3.       On December 23, 2024, President Biden commuted the federal death sentences of 37 people, granting them sentences of life imprisonment without the possibility of parole ("LWOP").

4.       Prior to December 23, 2024, 18 federal death row prisoners had death sentences reduced to LWOP since the federal death penalty was reinstated in 1988.

5.      For each of these 18 prisoners, my law firm examined publicly available information concerning the prisoners' placements in federal facilities following reduction in sentence to LWOP.

6.      In addition to that research, a staff member of my firm also spoke to counsel who represented these individuals at the time their sentences were reduced or counsel who were familiar with their placement in a federal facility at that time.

7.      Based on this research and these conversations, and on information and belief, none of the 18 federal prisoners was sent to USP Florence Administrative Maximum Facility from federal death row after their death sentence was reduced to LWOP.


Dated: April 16, 2024                           By: _____
       New York, New York                            David Patton
                                                     HECKER FINK LLP
                                                     350 Fifth Avenue, 63rd Floor
                                                     New York, New York 10118
                                                     (212) 763-0883
                                                     dpatton@heckerfink.com

                                                     *Attorney for Plaintiffs*