# EXHIBIT 11

| Notice of Hearing on Referral for Transfer to ADX Florence General Population |||
|---|---|---|
| Name | Register Number | Institution |
| KADAMOVAS, Jurijus | 21050-112 | USP TERRE HAUTE |

| This Notice was delivered on (date/time): | 4 - 3 - 2025 @ 1 :50 am/**pm** ||
|---|---|---|
| Delivered by: | Name: J. Wheeler | Title: Counselor |
| Signature: | _[signature]_ ||
| From: | Joseph Brian Wilson<br>Hearing Administrator<br>North Central Regional Office | _[initials]_ |

You have been referred for a hearing before a Hearing Administrator. This hearing is to determine if you should be transferred to the ADX Florence General Population, in Florence, Colorado (ADX-GP). Information concerning this referral, and the procedures, are set forth in this Notice form.

| 1. | Scheduled Date/Time for Hearing: | Monday, April 7, 2025, at 7:00 a.m. Central Time, 8:00 a.m. Eastern Time. |
|---|---|---|
| 2. | This hearing may be conducted via video conferencing, teleconference, or in person at your present institution, or at any other location determined by the Hearing Administrator.<br>**\*\*Your hearing will be conducted via videoconference.** ||
| 3. | You are being referred for placement in the ADX-GP based on the following: ||
| ✓ | The Inmate's placement in other correctional facilities creates a risk to institutional security and good order or poses a risk to the safety of staff, Inmates, others, or to public safety. ||
| ✓ | As a result of the inmate's status, either before or after incarceration, the inmate may not be safely housed in the general population of another institution. ||
| ✓ | The inmate engaged in any conduct that is prohibited by any federal law or state law in the facility where the inmate is housed. ||
| ✓ | The inmate has notoriety to the extent that the inmate's well-being would be jeopardized in a less secure setting. ||

Inmate KADAMOVAS, Jurijus, Reg. No. 21050-112, is a 58-year-old, White, male offender. Inmate KADAMOVAS is a citizen of Lithuania, and has a release residence in Encino, California. Inmate KADAMOVAS's custody level is MAX, and his security level is HIGH. He has the Security Threat Group (STG) assignments of Death Row Inmate, Escape History, Escape Risk, and Management Interest Group 96. On March 12, 2007, he was sentenced by the Central District of California to a sentence of Death for Conspiracy to Take Hostages Resulting in Death, Hostage Taking Resulting in Death, Conspiracy to Launder Instruments, Conspiracy to Escape from Custody, and Criminal Forfeiture. On December 23, 2024, the President of the United States approved Executive Clemency changing his sentence of Death, to a sentence of Life. He has a formally filed detainer for INS Deportation. Inmate KADAMOVAS is Medical Care Level 2, Stable or Simple Chronic Care, and Mental Health Care Level 2. On March 6, 2025, an Extraordinary Security Concerns review was conducted regarding inmate KADAMOVAS's extensive Medical and Mental health concerns regarding his placement at the ADX GP. The conclusion of the

Extraordinary Security Concerns review committee determined his security concerns are extraordinary, and he could be placed at the ADX.

### Basis for Referral

Inmate KADAMOVAS is being referred for placement in the General Population at the United States Penitentiary, Administrative Maximum, in Florence.

Inmate KADAMOVAS arrived at USP Terre Haute SCU on July 18, 2007.

Inmate KADAMOVAS convicted for the kidnapping, and murders of five wealthy, Russian immigrants in 2001, and 2002. The victims' bodies were found in a reservoir near Yosemite National Park. While at MDC-Los Angeles, inmate KADAMOVAS, and his codefendant, were involved in a very elaborate escape plot to escape from custody.

Institution staff believe Inmate KADAMOVAS's placement in other correctional facilities creates a risk to institutional security and good order and poses a risk to the safety of staff, inmates, others, or to public safety. A recommendation to transfer inmate KADAMOVAS to the ADX-GP was submitted and a placement hearing was approved to be conducted.

### Discipline History

Inmate KADAMOVAS has the following disciplinary history within than the last 60 months:

| | |
|---|---|
| Mail Abuse, Disrupt Monitoring (296) | 1 Incident Report |
| Giving/Accepting Money W/O Auth (328) | 1 Incident Report |

Inmate KADAMOVAS has the following disciplinary history greater than the last 60 months:

| | |
|---|---|
| Escape (102A) | 1 Incident Report |
| Possessing Unauthorized Item (305) | 2 Incident Reports |
| Being in Unauthorized Area (316) | 1 Incident Report |

Inmate KADAMOVAS has no pending incident reports to be resolved.

1) Mail Abuse — I did not abuse. Incident report was issued on 9-18-2024. Mr. Guzman open my legal mail and determined that it was not a legal mail. The DHO report was issued on Nov. 7, 2024 but it was empty — blank. Since then the BOP officers refuse to provide copy/write-up — filed out report. Denay me the due process my right to appeal. See remedy ID # 1222511-R2

2) Given/Accepting Abuse — It is not truth, and it was retaliatorical actions from Unit Manager. That I wish to talk during the hearing.

| | As an Inmate referred for placement in the ADX-GP, you will be afforded: |
|---|---|
| a. | The opportunity to have a written summary of the specific behavior or situation which forms the basis for the placement recommendation unless such information would likely endanger staff or others. You will receive this summary and notice of the hearing at least twenty-four hours prior to the hearing. |
| b. | The opportunity to be present throughout the hearing except where institution security or good order would be jeopardized. |
| c. | The opportunity to make an oral statement to the Hearing Administrator. |
| d. | The opportunity to present documentary evidence in your behalf which is relevant to the issue, provided institution security or individual safety would not be jeopardized. |
| e. | The opportunity to be advised, in writing, of the Hearing Administrator's recommendation and of a summary of the facts and reason(s) supporting the recommendation, to the extent institution security or individual safety would not be jeopardized. |
| 5. | I have been advised of the above procedures related to the hearing on referral for placement in the ADX-GP. I have also received a copy of the Administrative Procedures for Transfer to the ADX-GP. |

| Inmate Signature: *[signature]* | Register Number: 21050-112 | Date: 3 April 2025 |
|---|---|---|

When an Inmate has been advised of the above hearing procedures and provided a copy of the Administrative Procedures for Transfer to the ADX-GP, but refuses to sign the acknowledgement, the following is to be completed:

I have personally advised the Inmate of the above hearing procedures and provided the Inmate with a copy of the Administrative Procedures for Transfer to the ADX-GP. However, the Inmate refused to sign the acknowledgement.

| Staff Name: | Staff Title: |
|---|---|
| Staff Signature: | Date: |

| 6. | Waiver of Appearance – I have been advised of my opportunity to appear before the Hearing Administrator regarding my referral for transfer to the ADX-GP. I wish to waive my right to appear at this hearing. I understand I may still provide documentary evidence to the Hearing Administrator prior to the date of the hearing referenced in section one of this form. |
|---|---|

| Inmate Name: | Register Number: | Date: |
|---|---|---|
| Staff Name: | Staff Title: | |
| Staff Signature: | Date: | |

| I have personally advised the Inmate of the above hearing procedures and provided the Inmate with a copy of the Administrative Procedures for Transfer to the ADX-GP. The Inmate has declined to appear at this hearing and refused to sign the above waiver section of this form. I have advised the Inmate he may submit documentary information to the Hearing Administrator prior to the date of the hearing referenced in section one of this form. ||
|---|---|
| Staff Name: | Staff Title: |
| Staff Signature: | Date: |
| Second Staff Name: | Second Staff Title: |
| Second Staff Signature: | Date: |