# EXHIBIT 12

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TROYA, Daniel | 75817-004 | USP TERRE HAUTE |

| 1. | Notice of Hearing |
|---|---|
| | The Notice of Hearing on Referral for Transfer to the General Population at the ADX in Florence, Colorado, which outlines the basis for the placement recommendation was given to inmate TROYA on April 3, 2025, at 9:48 a.m., Eastern Time. Inmate TROYA signed the Notice of Hearing form and requested to attend the hearing. The hearing was held on April 8, 2025, at 7:03 a.m., Central Time, via video conference. |
| 2. | Attendance |
| | The inmate was advised in the Notice of General Population Hearing form of the opportunity to be present during the hearing. |
| X | The inmate was present during the hearing via videoconference. |
| | The inmate was not present during the hearing for the following reason(s):  He waived his appearance. **N/A** |
| 3. | Inmate's Statement |
| | The inmate was advised in the Notice of General Population Hearing form of the opportunity to make or provide a written statement during the hearing, pertaining to the referral for his placement in the ADX General Population (ADX-GP). |
| | The inmate did not make a statement during the hearing for the following reason(s):  He waived his appearance and elected not to make a statement. **N/A** |
| X | The inmate made the following statement during the hearing:<br>You should deny the placement into the ADX-GP. This hearing is a facade and is what is done mostly in Russia, and in third world countries. This hearing should be a due process hearing, but the BOP is overstepping its statutory guidelines by listening to President Trump and his Executive Orders and ordering the BOP to send us to the ADX-GP. I know whatever I say we are going to be moved to the ADX-GP. The Unit Team staff here at Terre Haute have told all of us sending us to the ADX-GP is not right, and we should be transferred to a mainline USP, GP setting. President Trump is making the BOP send us to the ADX-GP. He is mad that he is not allowed to execute us due to President Bidens commutation. President Trump shows he hates us with his Christmas day 2024 tweet where he stated, all of the inmates on death row can go to hell. President Trump loves Vladmir Putin so much he is making decisions like Putin does and is making the BOP send us to the ADX-GP. He is dismantling the front-end checks and balances, and then the next step is to dismantle the rights of U.S. citizens, and U.S. inmates. The ADX-GP placement is a political stunt by President Trump to look tough. Its not based on facts.<br><br>I have maintained 3 years of clear conduct. I admit I was in possession of a weapon three years ago. My cellmate asked me to hold his weapon, and then when I did, he told the cops I had it in order to get himself out of trouble. I know I should not of held the knife, I admit to having it. |

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| **Inmate's Name** | **Register Number** | **Institution** |
| TROYA, Daniel | 75817-004 | USP TERRE HAUTE |

I have completed 76 programs since being housed in the SCU. I have made an extreme effort to educate myself and to better myself. I have been in phase two in the SCU since 2010. I have maintained a job as an orderly, tier orderly, and head orderly. With these duties I am allowed to be out with other inmates, and staff, and I have never once had any issue with staff or inmates. Many of these previously released inmates had very serious crimes, prison murders, rapes, cop killings, serial rapists, cartel drug related killings, and gang killings, and all of these people had serious incident report history. I have none of these things in my record. They were not sent to the ADX-GP after their sentences were commuted so why do we have to be punished and sent to the ADX-GP.

Many other inmates have had their sentences commuted from a sentence of death to a sentence of Life, and not one of these inmates have ever then been transferred to the ADX-GP. I do not deserve being sent to the ADX-GP. I spend the majority of my time drawing and reading.

The classification of an STG for death row inmate is misleading and makes the case I am a member of a security threat group. I am no longer sentenced to death so this classification should not be used as part of your consideration to send me to the ADX-GP.

I am not homicidal. I am not suicidal. I do not believe I would be suicidal if I am sent to the ADX-GP.

I am a Roman Catholic and I do not apologize for that.

I am not a gang member, nor have I ever participated in gang activities.

I receive visits from family. I have assumed the role as a Father figure for my nephews. My wife lives in Kansas City, Kansas. I have two brothers, and one sister. They live in Cypress, Texas. I also have three nephews that live in Cypress, Texas.

I am not a violent person. I refuse to discuss my involvement in my criminal convictions on the advice from my attorneys since I still have active appeals on these convictions. I believe once my appeals are reviewed, my sentence will be overturned.

I used to use drugs. My drug of choice was marijuana, Cocaine, Zan ax, and Ecstasy. I was never an abuser, but a user. I was an active social drinker. I believe anyone would benefit from drug treatment.

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TROYA, Daniel | 75817-004 | USP TERRE HAUTE |

| | |
|---|---|
| | I believe I should receive a transfer to USP Beaumont, USP Pollock, or USP Coleman 1 which is close to my release residence in Florida.<br><br>By sending me to the ADX-GP is a loss for my family. I make 20 to 30 phone calls a month now. I try to do my best to be a father figure for my nephews. Their father was killed. If you send me to the ADX-GP I will only be allowed to place 4 calls or less a month. This is not fair to me, and it is not fair to my family.<br><br>I am asking the BOP to ignore the executive orders by President Trump, and Attorney General Pam Bondi, and give me a real, fair, due process hearing. If you review my records, there is no way the BOP can justify sending me to the ADX-GP. It is just simply not right. When you consider the price tag of sending all 34 SCU inmates to the ADX-GP this is an example of waste, fraud, and abuse, and the BOP should consider that when deciding to send us to the ADX-GP. By sending us to the ADX-GP, this is an unconstitutional violation of your code of conduct as a sworn law enforcement officer, and a violation of the BOP rules governing placement of an inmate into the ADX-GP. The referral to send me to the ADX-GP should be denied. I hope staff are not pressured into rubber stamping me going to the ADX-GP because of pressures by President Trump. |
| 4. | **Presentation of Documentary Evidence** |
| The inmate was advised in the Notice of General Population Hearing form of the opportunity to submit documentary information. ||
| | The inmate did not present any documentary evidence. **N/A** |
| X | The inmate presented the following documentary evidence. **Inmate submitted a 3-page written statement.** |
| | The inmate asked to present documentary evidence, but was denied for the following reason(s): **N/A** |
| 5. | **Finding** |
| X | The inmate appears to meet the following criteria for placement in the ADX-GP: |
| X | The inmate's placement in other correctional facilities creates a risk to institutional security and good order or poses a risk to the safety of staff, inmates, others, or to public safety. |
| X | As a result of the inmate's status, either before or after incarceration, the inmate may not be safely housed in the general population of another institution. |
| X | The inmate has notoriety to the extent that the inmate's well-being would be jeopardized in a less secure setting. |

3

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TROYA, Daniel | 75817-004 | USP TERRE HAUTE |

### 6. Information Utilized

**Criminal History:**

Inmate TROYA, Daniel, Reg. No. 75817-004 is a 41-year-old, White, male offender. Inmate TROYA is a citizen of the United States of America and has a release residence in West Palm Beach, Florida. Inmate TROYA's custody level is MAX, and his security level is HIGH. He has the Security Threat Group (STG) assignments of Death Row Inmate, History of Introduction of Drugs, Extensive Media, Management Interest Group 96. On May 13, 2009, he was sentenced by the Southern District of Florida to a sentence of Death for Knowingly Carry and Use of a Firearm During, and in Relation to a Crime of Violence, and a Drug Trafficking Crime, and in the Course Caused the Death of a Person Through the Use of a Firearm. He was also sentenced to a Life Sentence for Knowingly, and Willfully Combine, Conspire, Confederate, and Agree with each other to Commit an Offense the U.S., that is Carjacking of a Motor Vehicle, Conspiracy to Possess With the Intent to Distribute a Controlled Substance, and Possession of a Firearm by a Convicted Felon, and Possession With Intent to Distribute a Controlled Substance. He was also sentenced to an additional five-year sentence for Knowingly Use, and Carry, One, or More Firearms During, and in Relation to a Crime of Violence. On December 23, 2024, the President of the United States approved Executive Clemency changing his sentence of Death, to a sentence of Life. He has no formally filed detainer. Inmate TROYA is Medical Care Level 2, Stable or Simple Chronic Care, and Mental Health Care Level 1. Inmate TROYA has no medical, dental, or psychological issues that would preclude him from placement at the ADX GP.

**Basis for Referral:**

Inmate TROYA is being referred for placement in the General Population at the United States Penitentiary, Administrative Maximum, in Florence.

Inmate TROYA arrived at USP Terre Haute SCU on July 17, 2009.

Inmate TROYA and his codefendant, Ricardo Sanchez, were convicted of the murder of three and four-year-old brothers and their parents, execution style, alongside the Florida Turnpike in St. Lucie County. There were more than two dozen bullet wounds in the family's bodies.

Institution staff believe Inmate TROYA's placement in other correctional facilities creates a risk to institutional security and good order and poses a risk to the safety of staff, inmates, others, or to public safety. A recommendation to transfer inmate TROYA to the ADX-GP was submitted and a placement hearing was approved to be conducted.

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TROYA, Daniel | 75817-004 | USP TERRE HAUTE |

<table>
<tr><td colspan="2">

**Discipline History**
Inmate TROYA has the following disciplinary history within the last 60 months:

**Possessing a Dangerous Weapon (104)**                                    **1 Incident Report**

Inmate TROYA has the following disciplinary history greater than the last 60 months:

**Introduction Drugs/Alcohol-Attempted (111A)**        **1 Incident Report**
**Possessing Intoxicants (222)**                                    **1 Incident Report**
**Indecent Exposure (300)**                                          **1 Incident Report**
**Possessing Unauthorized Item (305)**                      **1 Incident Report**
**Refusing to Obey an Order (307)**                            **1 Incident Report**
**Destroy Prop $100 or Less (329)**                            **1 Incident Report**
Inmate TROYA has no pending incident reports to be resolved.
</td></tr>
<tr><td>7.</td><td>**Recommendation**</td></tr>
<tr><td></td><td>The inmate does not meet the criteria for placement in the ADX-GP.</td></tr>
<tr><td>X</td><td>The inmate does meet the criteria for placement in the ADX-GP.

Based on the above information provided, inmate TROYA meets the criteria for ADX GP placement. The Hearing Administrator believes inmate TROYA clearly presents management concerns which cannot adequately be met in an open population institution. Inmate TROYA was sentenced to Death due to serious nature of his criminal convictions. Although he was granted Executive Clemency from the President of the United States, changing his sentence from Death to a sentence of Life, this does not negate his serious criminal convictions and his inability to safely remain at any general population setting. Inmate TROYA has demonstrated a need for greater supervision due to his propensity for violence, and disciplinary history. The Hearing Administrator determined a threat is present if inmate TROYA were to remain at any general population (GP) facility in the Bureau of Prisons (BOP). His lengthy record of being housed in solitary confinement would show concerns for his ability to safely be housed at any general population setting. Inmate TROYA's criminal record, and disciplinary history requires him to be housed in a facility to ensure the ultimate control and supervision afforded by the Federal Bureau of Prisons. Inmate TROYA is recommended for placement in the ADX GP in Florence, Colorado.</td></tr>
</table>

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| **Inmate's Name** | **Register Number** | **Institution** |
| TROYA, Daniel | 75817-004 | USP TERRE HAUTE |

| 8. | Appeal Rights ||
|---|---|---|
| The inmate has been advised of the opportunity to appeal the decision of the Assistant Director, Correctional Programs Division, through the Administrative Remedy Program. First, within 20 days of receipt of the decision to the Chief, Designation and Sentence Computation Center (DSCC) via Regional Administrative Remedy Appeal (BP-10), to Grand Prairie Complex, U. S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051. Then within 30 days of the date on the BP-10 response to the Office of General Counsel, via Central Office Administrative Remedy Appeal (BP-11) to HOLC Building, 320 First Street, N.W., Washington, D.C. 20534. |||
| Joseph Brian Wilson | *[signature]* | April 8, 2025 |
| Hearing Administrator's Name | Signature | Date |
| **9.** | **Delivery of Hearing Administrator's Report to Inmate** ||
| | Date ||
| Inmate's Signature |||
| The inmate refused to sign for a copy of the General Population Hearing Administrator's Report. I have personally delivered a copy of the report to the above-mentioned inmate. |||
| | | |
| Staff Name (Printed) | Signature | Date |

6