# EXHIBIT 13

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TAYLOR, Rejon L. | 41070-074 | USP TERRE HAUTE |

| 1. | Notice of Hearing |
|---|---|
| | The Notice of Hearing on Referral for Transfer to the General Population at the ADX in Florence, Colorado, which outlines the basis for the placement recommendation was given to inmate TAYLOR on April 4, 2025, at 9:45 a.m., Eastern Time. Inmate TAYLOR signed the Notice of Hearing form and requested to attend the hearing. The hearing was held on April 7, 2025, at 9:02 a.m., Central Time, via video conference. |
| 2. | Attendance |
| | The inmate was advised in the Notice of General Population Hearing form of the opportunity to be present during the hearing. |
| X | The inmate was present during the hearing via videoconference. |
| | The inmate was not present during the hearing for the following reason(s):  He waived his appearance. **N/A** |
| 3. | Inmate's Statement |
| | The inmate was advised in the Notice of General Population Hearing form of the opportunity to make or provide a written statement during the hearing, pertaining to the referral for his placement in the ADX General Population (ADX-GP). |
| | The inmate did not make a statement during the hearing for the following reason(s):  He waived his appearance and elected not to make a statement. **N/A** |
| X | The inmate made the following statement during the hearing:<br>I have been housed in the BOP for more than ten years. I have been an orderly on the unit for many years. As a unit orderly I have constant interactions with other inmates, and staff. I have never had any issues or safety concerns towards any other inmates, or staff. I am a peace maker. I am not a problematic person. I only have 6 points, and since my death sentence was commuted, and I have no disciplinary reports in my history, I do not deserve to be moved to the ADX-GP. The last ten years I have tried to rehabilitate myself. I committed my underlying offense was I was 18 years old. I was young, and dumb. I have grown up now and matured. Looking back at the person I was then, to the person I am today, I know I would not do the same things. I would not end up here.<br><br>I am a practicing, Christian. I play the guitar. I help to set up and play the music for our religious services. Playing music helps to ground me.<br><br>I am not suicidal today. I admit the process of possibly sending me to the ADX-GP is anxiety provoking. I do not know if I can say for sure I would not try to commit suicide if I am sent to the ADX-GP. I need the support of my congregation, and the people to help support me. Sending me to the ADX-GP is not fair to me. I have done nothing to warrant sending me to the ADX-GP. I would be lost without my support network. I wish I could give back my commutation and stay right here.<br><br>I have never been a gang member. I have never used drugs or alcohol. |

1

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TAYLOR, Rejon L. | 41070-074 | USP TERRE HAUTE |

| | |
|---|---|
| | I have no Wife, and I have no kids. My Mom died. My Dad is still alive, and lives in Atlanta, Georgia. He doe does not visit me because he cannot stand seeing me on death row. He cannot handle it, neither can I handle seeing him, seeing me on death row.<br><br>I have completed numerous programs while in prison. I will participate in any programs offered to me while in prison that would make me a better person.<br><br>I believe sending me to the ADX-GP is not warranted. I believe you should send me to a general population prison, and I would be a great benefit to the other inmates. I have talked to many inmates and helped them through their rough patches by talking to them about a different path, a Christian path, and a way to better yourself. I help other inmates with improving their morale and improving their way of thinking. My rehabilitation would be more beneficially served in a general population prison, rather than the ADX-GP. I am going to submit documentation from former staff attesting to the person I am, and them telling you in writing how I have changed my life for the better. |
| 4. | Presentation of Documentary Evidence |
| The inmate was advised in the Notice of General Population Hearing form of the opportunity to submit documentary information. ||
| | The inmate did not present any documentary evidence. **N/A** |
| X | The inmate presented the following documentary evidence. **13 pages submitted for review.**<br>Declaration from Adam Booker, a former Correctional Officer at USP Terre Haute.<br>Declaration from Jukabiea Barlow, a former Staff Chaplain at USP Terre Haute.<br>Declaration from Cory Shepard, a former Case Manager at USP Terre Haute.<br>Declaration from Jaime Sweany, Owner of the Juniper Art Gallery.<br>Declaration from Laura Lasuertmer, Minister of Record for inmate TAYLOR.<br>Declaration from Katherine Porterfield, Licensed Psychologist in the State of New York.<br>Declaration from inmate TAYLOR. |
| | The inmate asked to present documentary evidence, but was denied for the following reason(s): **N/A** |

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT | | |
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TAYLOR, Rejon L. | 41070-074 | USP TERRE HAUTE |

| 5. | Finding |
|---|---|
| X | The inmate appears to meet the following criteria for placement in the ADX-GP: |
| X | The inmate's placement in other correctional facilities creates a risk to institutional security and good order or poses a risk to the safety of staff, inmates, others, or to public safety. |
| X | As a result of the inmate's status, either before or after incarceration, the inmate may not be safely housed in the general population of another institution. |
| X | The inmate has notoriety to the extent that the inmate's well-being would be jeopardized in a less secure setting. |
| 6. | Information Utilized |

**Criminal History:**
Inmate TAYLOR, Rejon L., Reg. No. 41070-074, is a 40-year-old, Black, male offender. Inmate TAYLOR is a citizen of the United States of America, and has a release residence in Atlanta, Georgia. Inmate TAYLOR's custody level is MAX, and his security level is HIGH. He has the Security Threat Group (STG) assignments of Death Row Inmate. On December 3, 2008, he was sentenced by the Eastern District of Tennessee to a sentence of Death for Carjacking Resulting in Death, Firearm Murder During and in Relation to Carjacking, Kidnapping Resulting in Death, Firearm Murder During and in Relation to Kidnapping. On December 23, 2024, the President of the United States approved Executive Clemency changing his sentence of Death, to a sentence of Life. He has no formally filed detainer. Inmate TAYLOR is Medical Care Level 1, Healthy or Simple Chronic Care, and Mental Health Care Level 1. Inmate TAYLOR has no medical or dental conditions which precludes his from placement at the ADX GP.

**Basis for Referral:**
Inmate TAYLOR is being referred for placement in the General Population at the United States Penitentiary, Administrative Maximum, in Florence.

Inmate TAYLOR arrived at USP Terre Haute SCU on June 24, 2009.

Inmate TAYLOR was convicted for abducting the owner of an Atlanta restaurant from his home and drove him across a state line. During the commute, Inmate TAYLOR shot the victim in the mouth, who died a short time later at a local hospital. Inmate TAYLOR was also involved in an extensive escape plot with his mother, and brother.

Institution staff believe Inmate TAYLOR's placement in other correctional facilities creates a risk to institutional security and good order and poses a risk to the safety of staff, inmates, others, or to public safety. A recommendation to transfer inmate TAYLOR to the ADX-GP was submitted and a placement hearing was approved to be conducted.

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT |||
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TAYLOR, Rejon L. | 41070-074 | USP TERRE HAUTE |

**Discipline History**

Inmate TAYLOR has clear conduct during service of his sentence in the Federal Bureau of Prisons.

Inmate TAYLOR has no pending incident reports to be resolved.

| 7. | Recommendation |
|---|---|
|   | The inmate does not meet the criteria for placement in the ADX-GP. |
| X | The inmate does meet the criteria for placement in the ADX-GP. |
|   | Based on the above information provided, inmate TAYLOR meets the criteria for ADX GP placement. The Hearing Administrator believes inmate TAYLOR clearly presents management concerns which cannot adequately be met in an open population institution. Inmate TAYLOR was sentenced to Death due to serious nature of his criminal convictions. Although he was granted Executive Clemency from the President of the United States, changing his sentence from Death to a sentence of Life, this does not negate his serious criminal convictions and his inability to safely remain at any general population setting. His lengthy record of being housed in solitary confinement would show his inability to safely be housed at any general population setting. The Hearing Administrator determined a threat is present if inmate TAYLOR were to remain at any general population (GP) facility in the Bureau of Prisons (BOP). Inmate TAYLOR's criminal record requires him to be housed in a facility to ensure the ultimate control and supervision afforded by the Federal Bureau of Prisons. Inmate TAYLOR is recommended for placement in the ADX GP in Florence, Colorado. |
| 8. | Appeal Rights |

The inmate has been advised of the opportunity to appeal the decision of the Assistant Director, Correctional Programs Division, through the Administrative Remedy Program. First, within 20 days of receipt of the decision to the Chief, Designation and Sentence Computation Center (DSCC) via Regional Administrative Remedy Appeal (BP-10), to Grand Prairie Complex, U. S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051. Then within 30 days of the date on the BP-10 response to the Office of General Counsel, via Central Office Administrative Remedy Appeal (BP-11) to HOLC Building, 320 First Street, N.W., Washington, D.C. 20534.

| Joseph Brian Wilson | *[signature]* | April 7, 2025 |
|---|---|---|
| Hearing Administrator's Name | Signature | Date |
|  |  |  |

4

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT | | |
|---|---|---|
| Inmate's Name | Register Number | Institution |
| TAYLOR, Rejon L. | 41070-074 | USP TERRE HAUTE |

| 9. | Delivery of Hearing Administrator's Report to Inmate |
|---|---|
| | Date |
| Inmate's Signature | |
| The inmate refused to sign for a copy of the General Population Hearing Administrator's Report. I have personally delivered a copy of the report to the above-mentioned inmate. ||
| | |
| Staff Name (Printed) | Signature | Date |

5