# EXHIBIT 14

Case 1:25-cv-01161-TJK    Document 2-16    Filed 04/16/25    Page 2 of 15



U. S. Department of Justice
Federal Bureau of Prisons
United States Penitentiary,
Administrative Maximum Institution
Florence, Colorado

## INSTITUTION SUPPLEMENT

OPI: Unit Management
NUMBER: FLM 5321.09(1)A
DATE: June 6, 2024

# General Population and Step-Down Unit Operations

Approved: A. Ciolli, Complex Warden
ADX Florence

1. **PURPOSE AND SCOPE:** To establish operational guidelines for the units which are designated as the general population and step-down units.

2. **DIRECTIVES AFFECTED:**

    A. **Directives Rescinded:** Institution Supplement FLM 5321.08(1)D, General Population and Step-Down Unit Operations, dated February 22, 2024, and Program Statement 5322.13, Inmate Classification and Program Review, dated May 16, 2014.

    B. **Directives Referenced:** Program Statement 5270.09 CN-1, Inmate Discipline Program, dated November 18, 2020; Program Statement 5321.09, Unit Management and Inmate Program Review, dated April 8, 2024.

    C. **Standards Referenced:** American Correctional Association, 5th Edition, Standards for Adult Correctional Institutions: 5-ACI-1A-15, 5-ACI-1G-06, 5-ACI-2B-02, 5-ACI-2B-03, 5-ACI-3A-06, 5-ACI-3A-17, 5-ACI-4A-12, 5-ACI-5B-05, and 5-ACI-5E08.

3. **GENERAL PROCEDURES:**

    A. **GENERAL POPULATION UNITS (C, D, E, F, and G)**

1) Inmates housed in these units require hand restraints, behind the back, and two-officer escorts when being removed from their cells. Any time an inmate is handcuffed in the front, a martin chain must be used in addition to the handcuffs.

2) These units have indoor and outdoor, single occupancy recreation areas. All out-of-cell recreation will occur within the unit, in one of the single occupancy recreation areas. Inmates will ordinarily be afforded a minimum of ten hours out-of-cell exercise per week. An inmate will be returned to his cell upon his request. Anyone voluntarily returning to his cell, for any reason, terminates the remainder of his recreation period for that day. Recreation periods missed due to visits (legal or social), medical call-outs, and Religious Services will not be rescheduled. The Unit Recreation Log will be completed by the unit officers to document acceptance or refusal of recreation, type of recreation, and amount of time the inmate received recreation. The Unit Recreation Log will be provided to, and maintained by, the Captain.

3) Inmates will consume their meals within their cells.

4) Shower stalls are located within each cell. Inmates are authorized to shower between 6:00 a.m. and 10:00 p.m.

5) Unit orderlies for ranges and recreation areas will be assigned by the Unit Manager. Barbering facilities are available in each unit. Social and legal telephone calls will be conducted as established in the Institution Supplement on Telephone Regulations. Each unit contains an electronic law library, which inmates may sign-up to utilize. Programming, including Drug Abuse, Psychology, Education, Recreation, Religious Services, Re-Entry, and unit/facility information, is available via, but not limited to, closed circuit television, which is located in each cell.

6) Inmates with out going legal mail with have their legal mail ready for pick up by the Unit Team by 7:00 a.m., Monday through Friday.

7) Outside, Out-Of-Cell recreation suspension/restriction

   a. When an inmate violates institution rules and regulations during his out-of-cell recreation, his outside, out-of-cell recreation on a large recreation yard may be temporarily suspended. Examples of violations include, but are not limited to, sexual acts or gestures, assaulting or resisting staff during escort to or from the recreation area, destruction

       of the recreation area, smearing or throwing human waste, etc.

    b. Staff will initiate disciplinary action and notify the Operations Lieutenant of any violation(s) immediately.

    c. The Operations Lieutenant will initiate a memorandum requesting the inmate's outside, out-of-cell recreation on the large recreation yard be immediately suspended. The memorandum will also request that the inmate's outside, out-of-cell recreation be immediately restricted to the outside, single occupancy recreation areas around the housing unit's control center. The memo will be forwarded through the Captain and ADX Associate Warden with oversight of Correctional Services, to the Warden for approval, with a copy to the Unit Manager.

    d. If approved, the inmate's initial suspension/restriction will be for three months. The Warden may impose an increased suspension/restriction for repeated, frequent violations.

    e. Upon initial entry into the Intermediate Step-Down Program (J/A Unit), the Warden may limit or restrict group recreation of the inmate for up to two weeks. Inmates transitioning into that step will ordinarily be allowed an out-of-cell recreation for one and a half hours a day. Unit Staff will provide a written notice of the transition procedures concerning each inmate.

## B. STEP-DOWN PROGRAM UNITS

1) **Intermediate Unit (J/A-Unit):**

    a. Ordinarily, this is the second step of the program prior to transfer to an appropriate facility.

    b. The escort requirements for inmates housed in this unit are the same as those in the General Population Units. Inmates will be assigned to one of four groups. Each group will have a maximum of eight inmates.

    c. This unit has an outdoor recreation area. Inmates will ordinarily be afforded a minimum of 20½ hours out-of-cell exercise per week. Out-of-cell recreation will include the use of the outdoor recreation area and unit range. Each group of inmates will be allowed on the

      range for 1½ hours each day.  All other aspects of recreation are the same as those in the General Population Units.

    d.    Inmates will consume their meals within their cells.

    e.    Showers are located on the ranges.  Inmates may shower at any time they are on the range.

    f.    All other programming activities, orderly assignments, basic law library usage, and barbering facilities are the same as those in the General Population Units.

    g.    The Unit Recreation Log will be completed by the unit officers to document acceptance or refusal of recreation, type of recreation, and amount of time the inmate receives recreation.  The Unit Recreation Log will be provided to, and maintained by the Captain.

    h.    Telephone usage will be limited to six (6) phone calls per month.  Inmates eligible for email access will be allowed 150 emails per month and up to five contacts.

2)    **Transitional Unit (B/A Unit Phase I):**

    a.    This unit is physically located in B/A Unit at United States Penitentiary (USP) Florence, Colorado.

    b.    Ordinarily, this is the third step of the program prior to transfer to an appropriate facility.

    c.    The escort requirements for inmates housed in this unit are the same as those in the General Population Units.  Inmates will be assigned to one of four groups.  Each group will have a maximum of twelve inmates.

    d.    Inmates will recreate with their assigned group.  The inmates' out-of-cell recreation will include recreation in the unit and in the outdoor group recreation area.  Recreation periods missed due to visits (legal or social), medical call-outs, and Religious Services will not be rescheduled.  Ordinarily, inmates will receive 30½ hours of recreation per week.

    e.    Inmates will consume their meals on the range with their assigned group.

- f. Inmates will be unrestrained when out of their cells. The use of restraints is not required during the escort of inmates to various programming areas.

- g. Showers are located on the ranges. Inmates may shower at any time they are on the range.

- h. All other programming activities, orderly assignments, electronic law library usage, and barbering facilities will be the same as those in the General Population Units.

- i. Telephone usage will be limited to 150 minutes per month. Inmates eligible for email access will be allowed 150 emails per month and up to five contacts.

3) **Pre-Transfer Unit (B/A Unit Phase II):**

- a. This unit is physically located in B/A Unit at USP Florence, Colorado. B/A Unit is considered an ADX Unit. The ADX Case Manager will make B/A rounds once per week.

- b. Ordinarily, this is the final step of the program prior to transfer to an appropriate facility.

- c. The escort requirements for inmates housed in this unit are the same as those in the General Population Units. Inmates will be assigned to one of four groups. Each group will have a maximum of twelve inmates.

- d. Upon arrival in this step of the program and until completion, an inmate will be evaluated by Unit Team and SIS personnel. During this phase of the program each inmate will be required to take a cell mate as deemed appropriate by Unit team and SIS staff.

- e. Inmates will be unrestrained when out of their cells. The use of restraints is not required during the escort of inmates to various programming areas.

- f. Inmates will consume their meals on the range with their assigned group.

- g. Showers are located on the ranges. Inmates may shower at any time they are on the range.

- h. Inmates will recreate with their assigned group. The inmates' out-of-cell recreation will include recreation in the unit and in the

outdoor group recreation area. Recreation periods missed due to visits (legal or social), medical call-outs, and Religious Services will not be rescheduled. Ordinarily, inmates will receive 30½ hours of recreation per week.

    i.    Ordinarily, inmates will be employed as orderlies, tutors, barbers, and education/recreation workers in the unit. Assignments will be made by the Unit Manager.

    j.    Barbering facilities will be made available. Social and attorney calls will be conducted as established in the Institution Supplement on Telephone Regulations. Each unit contains an Electronic Law Library, which inmates may sign-up to utilize. Programming, including Drug Abuse, Psychology, Education, Recreation, Re-Entry, and Religious Services are available.

    k.    Telephone usage will be limited to 200 minutes per month. Inmates eligible for email access will be allowed 175 emails per month and up to five contacts.

## 4. CANCELLATION OF OUT-OF-CELL RECREATION

**A.** On those rare occasions when institution emergencies or adverse weather interferes with the recreation schedule, the following procedures will apply:

    1)    The Operations Lieutenant has the authority to cancel recreation due to an institution emergency or adverse weather.

    2)    Unit officers will ensure any lost recreation time is clearly noted in the unit log, and this information is relayed to the Unit Manager for monitoring.

    3)    The Captain and Unit Manager must confer with the appropriate Associate Warden concerning canceled recreation.

## 5. STEP-DOWN PROGRAM (PROGRAM)

**A. PURPOSE & SCOPE**

    1)    The procedures for the program do not affect the Federal Bureau of Prisons' authority – pursuant to 18 U.S.C. § 3621(b) and as delegated by the Attorney General under 28 C.F.R. § 0.96(c) – to designate an inmate to a different facility, or transfer an inmate between different facilities.

    2)    The program utilizes a stratified system of less-restrictive housing to provide inmates with incentives to adhere to the standards of conduct associated with a maximum security custody program. Specifically, the

program consists of four steps, differentiated by the conditions of confinement and the minimum time frames for completion of each step. As an inmate at the ADX demonstrates periods of clear conduct and positive institution adjustment, it is possible for the inmate to progress through each of the four steps, with increasing degrees of personal freedom and privileges at each step, and be transferred out of the program to an open population institution. An inmate's placement in, advancement through, and transfer out of, the program is a classification decision as to whether the inmate can safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety.

3) Every inmate has the opportunity to demonstrate he may be housed in a less-restrictive unit.

4) Ordinarily, the four steps and minimum stay in each step are:

    a. General Population Unit (C, D, E, F, and G) - 12 months,
    b. Intermediate Step (J/A-Unit) - 6 months;
    c. Transitional Step - (B/A, Phase I) - 3 months;
    d. Pre-Transfer Step - (B/A, Phase II) - 6 months.

There is no minimum or maximum time period for completion of the program. There is no requirement an inmate must spend time in, or complete any or all of the steps to be recommended for transfer out of the General Population and Step-Down Program to an open population institution.

5) Staff must assess whether the inmate has actually demonstrated he can function in a less-restrictive environment through his meeting of the eligibility requirements.

6) In assessing an inmate's appropriateness for placement into, advancement through, or transfer out of the program, the Step-Down Screening Committee may determine that while the inmate's behavior has been compliant, additional time is needed to assess the inmate's behavior to ensure that when placed in, advanced through, or transferred out of the program the inmate will not: pose a risk to institution security and good order; pose a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or pose a risk to public safety with the additional personal freedom and privileges. If the Step-Down Screening Committee makes such a determination, the inmate's placement in, advancement through, or transfer out of the program may be deferred.

    7) All steps of the program, to include the Transitional Step (B/A Phase I) and the Pre-Transfer Step (B/A Phase II), are considered part of the ADX.

**B. REFERRAL & ELIGIBILITY FACTORS**

    1) The unit team will review each inmate to determine eligibility for consideration for placement in, advancement through, and/or transfer out of, the Program. Ordinarily, the review will be conducted in connection with regularly scheduled Program Reviews. The inmates are provided a minimum of 48 hours notice of scheduled Program Reviews, are expected to attend, and can personally raise questions and concerns about his placement in, advancement through, or transfer out of the program. These meetings are held at least once every six months. Program Reviews give staff and inmates the opportunity to discuss issues in an open forum.

    2) **Eligibility for Placement, Advancement, and Transfer** - Ordinarily, an inmate, in addition to the minimum stay in each step, must meet the following factors to be eligible for consideration for placement in, advancement through, or transfer out of the Step-Down Program:

        a. Clear conduct (e.g., no disciplinary infractions, etc.) while housed in each step;

        b. Active participation in and completion of all programs recommended by the unit team;

        c. Active participation in the Inmate Financial Responsibility Program (if applicable);

        d. Positive behavior and respectful conduct towards staff and other inmates; and

        e. Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation, etc.

    3) The inmates who the unit team determines are eligible for consideration for placement into, or advancement through, or transfer out of the program will be referred to the Step-Down Program Screening Committee for consideration.

C. **REVIEW PROCEDURE**

   1) Placement/Advancement/Recommendation for Transfer

      a. A multi-discipline Step-Down Program Screening Committee will review each inmate referred by the unit team to determine their appropriateness for placement into, advancement to the next step, or transfer out of the program.

      b. The composition of the Committee will ordinarily consist of staff from the ADX (i.e., Warden, Associate Warden, Unit Managers, Captain, Special Investigative Staff, Case Management Coordinator, Psychology, Attorney) and Intelligence Analysts from the Intelligence and Counterterrorism Branch.

      c. The determinations made by the Committee are made on a case-by-case basis.

      d. Eligibility for consideration does not equate to appropriateness for placement into, advancement to the next step, or transfer out of the Program.

      e. The factors the Committee may consider when determining whether the inmate is appropriate for placement into, advancement to the next step, or transfer out of the Program, include, but are not limited to:

         i. The inmate's conduct while housed at the ADX, the Transitional Unit (B/A Phase I), and/or the Pre-Transfer Unit (B/A Phase II).

         ii. The inmate's participation in and completion of programs recommended by the unit team while housed at the ADX, the Transitional Unit (B/A Phase I), and/or the Pre-Transfer Unit (B/A Phase II);

         iii. The inmate's behavior and conduct towards, and interaction with, staff and other inmates while at the ADX, the Transitional Unit (B/A Phase I), and/or the Pre-Transfer Unit (B/A Phase II);

         iv. The inmate's overall institution adjustment, personal hygiene, and cell sanitation while at the ADX, the Transitional Unit (B/A Phase I), and/or the Pre-Transfer Unit (B/A Phase II);

    v.    The reason(s) the inmate was designated to the ADX;

    vi.    The inmate's criminal history;

    vii.    The inmate's involvement with criminal organizations, if any, and the potential safety and security threat(s) implicated by such involvement;

    viii.    The inmate's overall adjustment during his history of confinement;

    ix.    The institution's safety and security needs, including the safety and security of staff;

    x.    The safety and security needs of the inmate;

    xi.    The safety and security needs of other inmates;

    xii.    The safety and security needs of the public;

    xiii.    Any other relevant factor(s).

f. The review by the Committee is not a hearing. The inmate is not entitled to be present, to have counsel, or to call witnesses. As mentioned, the inmate may present issues concerning his advancement during his Program Reviews. The inmate is notified at least 48 hours before his scheduled Program Review. This is the inmate's opportunity for individual attention and he is encouraged to ask questions and discuss concerns.

g. The final decision regarding placement in, or advancement to the next step of the program, is made by the Warden of the ADX.

h. The recommendation for transfer out of the Program is made by the Warden of the ADX, to the Regional Director, North Central Region, following review by the Step-Down Committee.

i. The factors the Regional Director, North Central Region may consider when reviewing the recommendation for transfer include, but are not limited to, those factors set forth in section C, 1, (e), above.

2) Notification

 a. Each inmate will receive written notification of the decision from the Warden or Regional Director from the Associate Warden.

 b. If the inmate is denied placement into, advancement to the next step of, or transfer out of the program, the Associate Warden's written notification will include the following:

  i. The reason(s) for the denial, unless it is determined the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld.

  ii. The inmate may appeal the decision through the Federal Bureau of Prisons' Administrative Remedy Program.

3) The denial of an inmate for placement in, advancement to the next step of, or transfer out of the program does not preclude the Committee, Warden, and/or Regional Director, NCR, from exercising their discretion to reach a different conclusion at a future review.

4) Provided the inmate who was denied continues to meet the eligibility factors for placement in or advancement to the next step of the program, the inmate will continue to be reviewed at least every six months.

### D. REMOVAL

1) Inmates may be removed from any step of the program for the following reasons:

 a. If the inmate is found guilty of committing prohibited acts by the UDC or DHO;

 b. If the inmate can no longer safely function in a less-restrictive unit without posing a risk to institutional security and good order; posing a risk to the safety and security of staff, inmates or others, including the inmate himself; and/or posing a risk to public safety, based on the factors set forth in Part C.1(e), above.

2) The circumstances warranting consideration for removal (e.g., threatening, safety, and security) may require the inmate to be immediately removed from the program.

3) The final decision regarding removal of an inmate from any step of the program is made by the Complex Warden.

4) If an inmate is removed from any step of the program as a program failure, a recommendation will be made by the Step-Down Unit Team as to whether the inmate should be placed in the Intermediate Unit (J/A-Unit), Transitional Unit (B/A Phase I), a General Population Unit (C, D, E, F, or G), or reviewed for transfer to a Special Management Unit (SMU). The determination will be made on a case-by-case basis. However, inmates who are removed from the program and found guilty by the DHO for greatest severity level incident reports (100 series) or high severity level incident reports (200 series) may be placed in the C-Unit and subsequently assigned to another ADX General Population Unit.

5) The inmate will receive written notice he is being considered for removal from the program. The notice will contain the reasons for removal from the program, unless it is determined that the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld. The written notice may be made through the Administrative Detention Order form (BP-308(52)). The inmate may submit a written statement for consideration, regarding whether removal from the Program is warranted.

6) The inmate will receive written notice of the decision. The written notice will include the reasons for the decision, unless it is determined the release of this information could pose a threat to individual safety or institutional security, in which case that limited information may be withheld. The notice will also notify the inmate that he may appeal the decision through the Federal Bureau of Prisons' Administrative Remedy Program.

6. **PRIVILEGE INCENTIVE PROGRAM (PIP)**

   A. The PIP is offered to all inmates in this unit who are on prolonged disciplinary telephone, visiting, and/or commissary restriction. By demonstrating positive programming for three consecutive months, these inmates may be considered for an exception to their disciplinary sanctions.

   B. In order to be considered for the PIP, inmates must submit a written request to their respective Unit Manager.

   C. The purpose of the PIP is to provide incentives for inmates who are on prolonged disciplinary restrictions to participate in available programs and maintain clear conduct, furthering the mission of the General Population and Step-Down Program. As inmates participate in programs, it is possible for inmates to have certain privileges restored that were suspended through the discipline process. A goal of the PIP is to assist inmates by enhancing and

promoting the Federal Bureau of Prisons' reentry initiative, which encourages them to build better community ties with other individuals.

D. Inmates must demonstrate positive programming by meeting the following requirements:

1) Paying all disciplinary fines;

2) Maintaining clear disciplinary conduct;

3) Participating in the Inmate Financial Responsibility Program, and/or encumbrance (50/50) program;

4) Maintaining a job with satisfactory work performance, if applicable;

5) Active participation in and satisfactory completion of all programs recommended by the Unit Team;

6) Completion of all ABE/GED, or satisfactory progress towards obtaining a GED as determined by Education staff, or be exempt from the Literacy Program;

7) Obtaining at least one form of identification;

8) Positive overall institution adjustment to include, but not limited to, personal hygiene, cell sanitation with established standards;

9) Positive behavior and respectful conduct towards staff and other inmates.

10) Attendance at all Program Reviews

11) Enrollment and active participation in the programs administered through Unit Team, Psychology, Re-Entry, and the Drug and Alcohol Program.

E. The PIP is a four-level program. The types of incentives are determined by the level. The privileges will be awarded as follows:

**General Population Units:**

| Level | Time Period | Telephone Incentive |
|---|---|---|
| 1 | 3 months meeting requirements<br><br>Incentives are for the next three months, or expiration of sanctions | 2 phone calls, up to 15 minutes, per month<br>$60 commissary purchase per month<br>One social visit per month |
| 2 | 6 months meeting requirements<br><br>Incentives are for the next three months, or expiration of sanctions | 2 phone calls, up to 15 minutes, per month<br>$100 commissary purchase per month<br>Two social visit per month |

| Level | Time Period | Telephone Incentive |
|---|---|---|
| 3 | 9 months meeting requirements<br><br>Incentives are for the next three months, or expiration of sanctions | 3 phone calls, up to 15 minutes, per month<br>$140 commissary purchase per month<br>Three social visit per month |
| 4 | 12 months meeting requirements<br><br>Incentives continue as long as inmate meets eligibility criteria, or expiration of sanctions | 3 phone calls, up to 15 minutes each, per month<br>$180 commissary purchase per month<br>Four social visit per month |

### Intermediate Step-Down Unit (J/A):

| Level | Time Period | Telephone Incentive |
|---|---|---|
| 1 | 3 months meeting requirements<br><br>Incentives are for the next three months, or expiration of sanctions | 3 phone calls, up to 15 minutes each, per month<br>$60 commissary purchase per month<br>One social visit per month |
| 2 | 6 months meeting requirements<br><br>Incentives are for the next three months, or expiration of sanctions | 3 phone calls, up to 15 minutes each, per month<br>$100 commissary purchase per month<br>Two social visit per month |
| 3 | 9 months meeting requirements<br><br>Incentives are for the next three months, or expiration of sanctions | 5 phone calls, up to 15 minutes each, per month<br>$140 commissary purchase per month<br>Three social visit per month |
| 4 | 12 months meeting requirements<br><br>Incentives continue as long as inmate meets eligibility criteria, or expiration of sanctions | 5 phone calls, up to 15 minutes each, per month<br>$180 commissary purchase per month<br>Four social visit per month |

F.  Inmates will be reviewed by their Unit Team every 3 months to determine their appropriateness for additional telephone calls. Inmates who fail to meet the eligibility criteria at this review will be removed from the program. An inmate's failure to maintain clear conduct will result in the inmate being removed from the program.

**DISTRIBUTION:**

Historical File
Shared Directory
Sallyport
NCRO Correctional Programs Administrator
Local AFGE