# EXHIBIT 17

## DECLARATION OF BLAIR G. BROWN

1. I am an attorney who has been practicing law for over 40 years. I am admitted to the Bars of the District of Columbia, the Commonwealth of Virginia, the States of New York and Maryland, and numerous federal district and appellate courts.

2. On May 2, 2014, the U.S. District Court for the Eastern District of Virginia ("E.D. Va.") appointed attorney Julie Brain and me to represent Thomas Morocco Hager ("Mr. Hager") in connection with post-conviction proceedings. Mr. Hager was found to be indigent at the time of appointment and remains indigent.

3. Mr. Hager was convicted of violating 18 U.S.C. § 848(e)(1)(A) and sentenced to death on November 1, 2007, in the case of *United States v. Thomas Morocco Hager*, No.05-CR-164 (E.D. Va.). The U.S. Court of Appeals for the 4th Circuit affirmed Mr. Hager's conviction and death sentence on June 20, 2013. The U.S. Supreme Court denied his petition for a writ of certiorari.

4. On April 27, 2015, Ms. Brain and I filed on behalf of Mr. Hager a motion under 28 U.S.C. § 2255 in E.D. Va. seeking to vacate Mr. Hager's conviction and death sentence. That motion is pending in E.D. Va.

5. Mr. Hager's place of imprisonment is the Special Confinement Unit at USP Terre Haute ("the SCU"). He has been imprisoned in the SCU for more than 17 years.

6. On December 23, 2024, Mr. Hager's death sentence was commuted by order of the President of the United States Joseph R. Biden Jr. The signed Warrant of Executive Grant of Clemency was filed on the docket of Mr. Hager's case in E.D. Va.

7. On January 20, 2025, President Donald J. Trump issued an Executive Order titled "Restoring the Death Penalty and Protecting Public Safety" ("the EO").

8. On March 11, 2025, Ms. Brain and I spoke on a Zoom call with Christopher Synsvoll, Supervising Attorney for the Federal Bureau of Prisons ("BOP"), about the future placement of Mr. Hager and about BOP's process for determining where and under what conditions Mr. Hager would be incarcerated. Mr. Synsvoll explained to us that after the issuance of the commutations but before the issuance of the EO, the BOP was considering how to implement a "step down" process for the men in the SCU that would result in most inmates being transferred to United States Penitentiaries ("USP's") and transitioning to open population at USP's. He stated that, while placement at BOP's Florence, Colorado Administrative Maximum Security facility ("ADX") was possible for some inmates currently in the SCU, the majority would be considered for USP's, not ADX.

9. However, in the March 11, 2025, call, Mr. Synsvoll stated that, following issuance of the EO and a meeting with the Deputy Attorney General of the U.S. Department of Justice, the BOP's position changed. Rather than pursuing a "step down" process to USP's, BOP began a process for transferring most inmates from the SCU to ADX. He stated that that process would result in "99.9%" of those without serious physical or mental health

problems being transferred to ADX. He stated that the transfers would likely occur within 60 days of a February 17, 2025, meeting between BOP officials and the Deputy Attorney General.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____

Blair G. Brown

Executed on this 26th day of March, 2025

10117991.1

2