# EXHIBIT 18

## DECLARATION OF ANDREW CHILDERS
## PURSUANT TO 28 U.S.C. § 1746

I, Andrew Reed Childers, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct to the best of my knowledge and recollection:

1. My name is Andrew Reed Childers. I am an attorney licensed to practice law in the state of Pennsylvania. I am an Assistant Federal Defender in the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO). I am counsel for Richard Allen Jackson.

2. Mr. Jackson is a federal prisoner who is incarcerated at the United States Penitentiary in Terre Haute, Indiana. On May 27, 2013, the United States District Court for the Western District of North Carolina, appointed the FCDO as counsel for Mr. Jackson. Mr. Jackson was found indigent in the district court and court of appeals. He has remained incarcerated since then and there has been no change in his financial status. He is without funds to secure legal services or to pay any fees.

3. To my knowledge, Mr. Jackson did not receive any notice of referral to the Florence Administrative Maximum Facility prior to the President's January 20, 2025, Executive Order, "Restoring the Death Penalty and Protecting Public Safety."

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. section 1746.

Dated: 4/2/25