# EXHIBIT 19

## DECLARATION OF JOANNE HEISEY
## PURSUANT TO 28 U.S.C. § 1746

I, Joanne Heisey, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct to the best of my knowledge and recollection:

1. My name is Joanne Heisey. I am an attorney licensed to practice law in the state of Texas, bar number 24087704, and the state of Pennsylvania, 326998. I am an Assistant Federal Defender with the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO). I am counsel for James H. Roane, Jr. Mr. Roane was convicted and sentenced to death in the Eastern District of Virginia in 1993. His death sentence was commuted by President Biden on December 23, 2024.

2. Mr. Roane is incarcerated at the United States Penitentiary in Terre Haute, Indiana. On August 6, 2009, the United States Court of Appeals for the Fourth Circuit appointed the FCDO as counsel for Mr. Roane. Mr. Roane was found indigent in the court of appeals and in the United States District Court for the Eastern District of Virginia. He has remained incarcerated since then and there has been no change in his financial status. He is without funds to secure legal services or to pay any fees.

3. To my knowledge, Mr. Roane did not receive any notice of referral to the Florence Administrative Maximum Facility prior to the President's January 20, 2025, Executive Order, "Restoring the Death Penalty and Protecting Public Safety."

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. section 1746.

Dated: 3/26/25

1