# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>　　　　　　　*Plaintiffs,*<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>　　　　　　　*Defendants*. | Case No. _____ |

## **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

UPON CONSIDERATION OF Plaintiffs' motion for a temporary restraining order and the accompanying memorandum, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendants, including their officers, agents, servants, employees, and attorneys, are ENJOINED from implementing the Redesignation Directive in whole or in part.

IT IS FURTHER ORDERED that Defendants, including their officers, agents, servants, employees, and attorneys, are ENJOINED from transferring Plaintiffs to ADX.

IT IS FURTHER ORDERED that if any Plaintiff has been assigned and/or transferred to ADX by the time of this Order, Defendants shall rescind said transfer and/or assignment and return the affected Plaintiff to the facility where he or she was previously assigned, or to a United States Penitentiary, Federal Correctional Institution, or Federal Medical Center, consistent with the procedures and standards applied by the BOP before the issuance of the Redesignation Directive.

IT IS SO ORDERED.

Dated: _____       _____
       Washington, DC                      U.S. District Judge