# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| REJON TAYLOR, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) Case No. 1:25-cv-01161 |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached addendum.

Date:   04/16/2025

/s/ Carmen Iguina González
*Attorney's signature*

Carmen Iguina González, Bar No. 1644730
*Printed name and bar number*

HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
*Address*

ciguinagonzalez@heckerfink.com
*E-mail address*

(202) 742-2661
*Telephone number*

(212) 564-0883
*FAX number*

**APPEARANCE OF COUNSEL ADDENDUM**

**Plaintiffs:**

REJON TAYLOR, Reg. 41070-074
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

IOURI MIKHEL, Reg. 23675-112
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

NORRIS HOLDER, Reg. 26902-044
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

RONALD MIKOS, Reg. 20716-424
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

BRANDON BASHAM, Reg. 98940-071
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

JAMES ROANE, Reg. 32923-083
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

WESLEY COONCE, Reg. 30011-039
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

JULIUS ROBINSON, Reg. 26190-177
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

BRANDON COUNCIL, Reg. 63961-056
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

DAVID RUNYON, Reg. 57997-083
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

CHADRICK FULKS, Reg. 16617-074
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

RICARDO SANCHEZ, Reg. 75820-004
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

THOMAS HAGER, Reg. 08596-007
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

RICHARD TIPTON, Reg. 32922-083
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

CHARLES HALL, Reg. 03766-036
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

JORGE TORREZ, Reg. 16054-084
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

RICHARD JACKSON, Reg. 16669-058
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

JURIJUS KADAMOVAS, Reg. 21050-112
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

DARYL LAWRENCE, Reg. 66476-061
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

DANIEL TROYA, Reg. 75817-004
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808

ALEJANDRO UMAÑA, Reg. 23077-058
U.S.P. Terre Haute SCU-FCC
P.O. Box 33
Terre Haute, IN 47808