IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, in their official capacities, <br><br> *Defendants*. | Civil Case No. 1:25-cv-01161 |

**MOTION FOR ADMISSION PRO HAC VICE OF DAVID PATTON**

    I am an active member in good standing of the bar of this Court and, pursuant to Local Civil Rule 83.2(c), hereby move for the admission *pro hac vice* of David Patton as counsel for Plaintiffs Rejon Taylor, Norris Holder, Brandon Basham, Wesley Coonce, Brandon Council, Chadrick Fulks, Thomas Hager, Charles Hall, Richard Jackson, Jurijus Kadamovas, Daryl Lawrence, Iouri Mikhel, Ronald Mikos, James Roane, Julius Robinson, David Runyon, Ricardo Sanchez, Richard Tipton, Jorge Torrez, Daniel Troya, and Alejandro Umaña.

    The declaration of Mr. Patton in support of this motion is attached hereto.

Dated: April 16, 2025
       Washington, DC

Respectfully submitted,

*/s/ Carmen Iguina González*
Carmen Iguina González, Bar No. 1644730
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(202) 742-2661
ciguinagonzalez@heckerfink.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Carmen Iguina González, certify that I caused a copy of the foregoing Motion for Admission Pro Hac Vice of David Patton to be served upon all counsel via certified mail on April 16, 2025.

By: */s/ Carmen Iguina González*
Carmen Iguina González