IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants*. | Civil Case No. 1:25-cv-01161 |

## DECLARATION OF DAVID PATTON

I, David Patton, hereby declare under penalty of perjury as follows:

1. My full name is David Earl Patton.

2. My office address is Hecker Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, New York, 10118. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the State of New York, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the Supreme Court of the United States.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the State of New York and have not been admitted *pro hac vice* to the bar of this Court on any occasion in the last two years.

Dated: April 16, 2025  By: _____
     New York, New York  David Patton
                                                                                    HECKER FINK LLP
                                                                               350 Fifth Avenue, 63rd Floor
                                                                               New York, New York 10118
                                                                               (212) 763-0883
                                                                               dpatton@heckerfink.com

                                                                               *Attorney for Plaintiffs*