IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REJON TAYLOR, *et al.*,

          *Plaintiffs,*

v.

DONALD J. TRUMP, *et al.*, in their official capacities,

          *Defendants.*

Civil Case No. 1:25-cv-01161

## DECLARATION OF IAN ROBERTSON

I, Ian Robertson, hereby declare under penalty of perjury as follows:

1. My full name is Ian Tiffany Robertson.

2. My office address is Hecker Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, New York, 10118. My office telephone number is (212) 763-0883.

3. I am a member of the bars of the State of New York and the United States District Court for the Southern District of New York.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the State of New York and have not been admitted *pro hac vice* to the bar of this Court on any occasion in the last two years.

Dated: April 16, 2025
      New York, New York

By: _____
Ian Robertson
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
irobertson@heckerfink.com

*Attorney for Plaintiffs*