# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REJON TAYLOR, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*, in their official capacities,

*Defendants*.

Civil Case No. 1:25-cv-01161

## [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE

Having considered the motion to admit Ian Robertson of the law firm Hecker Fink LLP to appear in this action *pro hac vice* on behalf of Plaintiffs Rejon Taylor, Norris Holder, Brandon Basham, Wesley Coonce, Brandon Council, Chadrick Fulks, Thomas Hager, Charles Hall, Richard Jackson, Jurijus Kadamovas, Daryl Lawrence, Iouri Mikhel, Ronald Mikos, James Roane, Julius Robinson, David Runyon, Ricardo Sanchez, Richard Tipton, Jorge Torrez, Daniel Troya, and Alejandro Umaña, it is hereby ORDERED that the motion is GRANTED.

Dated:_____          _____
                                                                  U.S.D.J.