## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REJON TAYLOR, *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Case No. <u>1:25-cv-01161</u> |
| DONALD J. TRUMP, *et al.*, in their official capacities, | |
| *Defendants.* | |

### DECLARATION OF KRYSTA KILINSKI

I, Krysta Kilinski, hereby declare under penalty of perjury as follows:

1. My full name is Krysta Marie Kilinski.

2. My office address is Hecker Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, New York, 10118. My office telephone number is (212) 763-0883.

3. I am a member of the bar of the State of New York.

4. I certify that I have not been disciplined by any bar.

5. I am engaged in the full-time practice of law within the State of New York and have not been admitted *pro hac vice* to the bar of this Court on any occasion in the last two years.

Dated: April 16, 2025
New York, New York

By: _____
Krysta Kilinski
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
kkilinski@heckerfink.com

*Attorney for Plaintiffs*