IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REJON TAYLOR, *et al.*,

    Plaintiffs,

v.

PRESIDENT DONALD TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-01161-TJK

**NOTICE**

On April 17, 2025, the Court held a hearing in this matter. At the conclusion of that hearing, the Court issued a Minute Entry that set a hearing on the Plaintiffs' Motion for Temporary Restraining Order, ECF No. 2 ("TRO Motion"), for April 18, 2025 at 9:00 and also directed Defendants to "submit any Notice of the issue discussed on the record by 6:00 PM on 4/17/2025." Pursuant to that Order, the Government states as follows:

1. The process by which Bureau of Prisons ("BOP") effectuates inmate transfers to the Administrative Maximum Facility ("ADX") is described in a 2012 policy memorandum that Plaintiffs attached to their TRO Motion. ECF No. 2-9 at 6–9 ("ADX Transfer Memo").

2. BOP is currently engaged in an ongoing review of Special Confinement Unit ("SCU") inmate designations in accordance with the ADX Transfer Memo. Under the ADX Transfer Memo, no final decision of the Assistant Director has been made as to any Plaintiff in this action, and Plaintiffs do not allege otherwise. Irrespective of Plaintiffs' lawsuit, under BOP's normal designation review and transfer process, BOP will not otherwise transfer any Plaintiff to the ADX until at least May 16, 2025.

3. Defendants therefore respectfully request that the Court vacate its Minute Order setting a hearing on Plaintiffs' TRO Motion for April 18 and, instead, convert that TRO Motion to a motion for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and enter the following briefing schedule:

   a. <u>May 2, 2025</u>: Defendants file their opposition to Plaintiffs' motion

   b. <u>May 9, 2025</u>: Plaintiffs file any reply to Defendants' opposition

   c. <u>May 16, 2025 (or by the Court's preferred date)</u>: Court decides Plaintiffs' motion

4. Pursuant to Local Rule 7(m), Defendants' counsel have conferred with Plaintiffs' counsel, and Plaintiffs consent to Defendants' proposed approach. A proposed order is attached.

Dated: April 17, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

<u>/s/ Christopher D. Edelman</u>
Christopher D. Edelman
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*