# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REJON TAYLOR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01161-TJK |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

---

**DECLARATION OF ANNA ARMIJO**
ASSOCIATE WARDEN, FCC FLORENCE, MAXIMUM SECURITY ("ADX")

In accordance with the provisions of 28 U.S.C. § 1746, I, Anna Armijo, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.     I am currently employed by the Federal Bureau of Prisons ("BOP") as Associate Warden at the Federal Correctional Complex in Florence, Colorado ("FCC Florence"). I have held this position since May 2023 and have been employed with the BOP since May 2002. From May 2023 to August 2024, I was assigned to the United States Penitentiary Florence, High Security ("USP Florence"). I have been the Associate Warden at USP Florence, Maximum Security ("ADX") since August 2024. The statements set forth in this declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

2.     FCC Florence consists of four institutions:

   a.   Federal Prison Camp Florence is a minimum-security institution, with a capacity of 512 inmates in double-bunked, multi-wing dormitories.

   b.   Federal Correctional Institution Florence is a medium-security institution that houses approximately 1,200 inmates in housing units containing shared cells.

1

c. USP Florence is a high-security institution that houses approximately 1,280 inmates in a variety of housing settings. USP Florence general population ("GP") inmates are in housing units with shared cells. USP Florence also has the Secure STAGES program, a mental health program that assists administrative and high-security inmates with specific mental health diagnosis (e.g., Borderline Personality Disorder) step down to GP units. USP Florence also has the Pre-Transfer Phase of the ADX Step-Down Program, to prepare maximum security inmates to reintegrate into GPs with an open yard. Inmates in STAGES and the Pre-Transfer Stage are either in single occupancy cells or shared cells.

d. USP Florence, Administrative Maximum ("ADX") is a maximum-security institution. Further details are provided below.

3.      I am currently Associate Warden at the ADX. In my role as Associate Warden, I manage and maintain the safety and security of the ADX. Specifically, I am responsible for exercising control and supervision of various aspects of the ADX's functions, such as programs, operations, medical, mental health, clinical programs, custody, and education. I assist and advise the Warden in establishing policies and programs to benefit the inmate population and maintain the safety and security of the institution.

4.      I am aware that Plaintiffs filed the above-referenced lawsuit on April 16, 2025, in which they seek declaratory and injunctive relief and, in relevant part, allege that their transfer to ADX would violate the Eighth Amendment to the U.S. Constitution.

**ADX Generally**

5.      ADX Florence was established and designed with the mission to safely house BOP's most disruptive, dangerous, or high-profile inmates, while providing these inmates with opportunities to demonstrate improved behavior and the ability, motivation, and willingness to integrate into an open inmate population (i.e., a United States Penitentiary with an open yard and shared cells). ADX is the most secure prison in the federal system and employs unique security and control procedures to ensure the safety of staff, inmates, and visitors.

2

6.    ADX uses a stratified system of housing to provide inmates with incentives to adhere to the standards of conduct associated with a high-security/maximum-custody program. This stratified system employs a phased housing unit, or privilege system, also known as the "Step-Down" program. As inmates demonstrate periods of clear conduct and positive institution adjustment, they have the potential to progress from the more secure areas of the program to less secure areas that offer more freedoms, and—in some cases—they may eventually move to other Bureau facilities. The ADX currently has several housing units, including a Control Unit, five GP Units, two Special Security Units, Intermediate Step-Down and Transitional Units, the High Security Adult Alternative Program Unit, and the Pre-Release Unit. A description of each relevant unit is as follows:

    a.    The five **General Population Units** (C, D, E, F, and G-Units) house inmates in the first phase of the Step-Down Unit Program. The placement of an inmate in one of these units is a classification decision. Each cell is 87 square feet, not including the sally port area of the cell, which is 17 square feet. Each cell has a solid outer door and an inner grill. Each cell's solid outer door has a window, which looks out on to the range. The wall next to the door for each cell also has a window, which is approximately 46 inches long and 12 inches wide. Each cell also has a window that looks outside, providing the inmate with natural lighting. These inmates receive at least 10 hours of formal out-of-cell recreation per week. The inmates' out-of-cell recreation occurs in secure, single recreation areas. Some secure, single recreation areas are grouped together on large recreation yards. The inmates' meals are delivered to them at their cells. The inmates consume their meals in their cells. They receive four 15-minute social telephone calls per month. The inmates may receive up to five social visits each month, and there is no time limit to each social visit during visitation hours. Inmates may request additional telephone calls or social visits, which may be approved at the discretion of BOP. They may talk with each other while in their cells, in moderate tones, or during their out-of-cell recreation. Shower stalls are located within the cells.

    b.    The **Intermediate Unit** (J/A-Unit) is the second phase of the Step-Down Unit Program. The advancement of an inmate to this phase of the Program is a classification decision. Each cell in J-Unit has approximately 75.5 square feet of living space and does not have a sallyport or a shower. Each cell has a solid outer door. Each cell solid outer door has a window, which looks out on to the range. Each cell also has a window that looks outside, providing the inmate with natural lighting. The inmates are assigned a group of no more than 8

3

inmates to a group. These inmates receive at least 20.5 hours of formal out-of-cell recreation per week. The inmates engage in recreation out of their cells on the range together with inmates in their assigned group. The inmates are unrestrained when out of their cells on the range. The outdoor, out-of-cell recreation is also together with inmates in their assigned group, but in secure recreation areas. The meals are provided to the inmates by groups, meaning each group is allowed out of their cells one at a time to come to the front of the range, receive their meals, and then return to their cells while unrestrained. The inmates eat their meals in their cells. The inmates receive six 15-minute social telephone calls per month. They may receive up to five social visits per month, and there is no time limit to each social visit during visitation hours. Inmates may request additional telephone calls or social visits, which may be approved at the discretion of BOP. Shower stalls are located on the range. The inmates may shower any time they are out on the range. The inmates may talk with each other while in their cells, in moderate tones, or during their out-of-cell recreation. Additionally, during their indoor recreation time, they are permitted to go up to the cell doors of inmates not in their recreation group to converse.

c. The **Transitional and Pre-Transfer Program** is located at USP Florence, High Security in the B/A-Unit and houses those inmates in the final phases of the Step-Down Program. The advancement of an inmate to this phase of the program is a classification decision. Each cell in the B/A-Unit has approximately 80 square feet of living space and does not have a sallyport or a shower. Each cell has a solid outer door. Each cell's solid outer door has a window, which looks out on to the range. Each cell also has a window that looks outside, providing the inmate with natural lighting. Inmates are assigned to a group of a maximum of 12 inmates. The inmates consume their meals on the range with the other inmates in their assigned group if the meal arrives during that group's recreation time. The groups' recreation times rotate during the week. Ordinarily, each group will have the opportunity for a communal meal during the week. Showers are located on the ranges. The inmates may shower at any time they are on the range. The inmates engage in recreation activities with their assigned group. The inmates receive at least 30.5 hours of formal out-of-cell recreation per week. The inmates' out-of-cell recreation includes recreation in the unit and in the outdoor group recreation area. Inmates also have out-of-cell interaction with staff while unrestrained. Transitional Program inmates receive 120 minutes of social telephone calls per month and Pre-Transfer Program inmates receive 150 minutes. The inmates may receive up to five social visits per month, and there is no time limit to each social visit during visitation hours. Inmates may request additional telephone calls or social visits, which may be approved at the discretion of BOP.

d. The **High Security Adult Alterative Program** (K/B-Unit) is located at the ADX and houses inmates who demonstrate they can function in a less-secure unit within the ADX but whose safety needs prevent them from advancing

4

through the ADX Step-Down Unit Program. Inmates designated to K/B-Unit are generally at least 50 years old, with no history of assaulting or murdering staff, no assaultive behavior in at least the last 5 years, and have clear conduct for at least the last 12 months. They also demonstrate positive institutional adjustment, active participation in recommended programming, positive behavior, and are respectful towards staff and other inmates. The K/B-Unit is the only unit in the ADX where inmates may have out-of-cell interaction with staff while unrestrained. Each cell in K/B-Unit has approximately 75.5 square feet of living space and does not have a sallyport or a shower. Each cell has a solid outer door. Each cell solid outer door has a window, which looks out on to the range. Each cell also has a window that looks outside, providing the inmate with natural lighting. The inmates are assigned a group of no more than 8 inmates to a group. These inmates receive at least 20 hours of formal out-of-cell recreation per week. The inmates engage in recreation out of their cells on the range with inmates in their assigned group. The outdoor, out-of-cell recreation is also with inmates in their assigned group on an open recreation yard that is approximately 51,000 square feet. The meals are provided to the inmates by groups, meaning each group is allowed out of their cells one at a time to come to the front of the range, receive their meals, and then return to their cells while unrestrained. The inmates eat their meals in their cells. The inmates are unrestrained when out of their cells on the range. The inmates receive eight 15-minute social telephone calls per month. They may receive up to five social visits per month, and there is no time limit to each social visit during visitation hours. Inmates may request additional telephone calls or social visits, which may be approved at the discretion of BOP. Shower stalls are located on the range. The inmates may shower anytime they are out on the range. The inmates may talk with each other while in their cells, in moderate tones, or during their out-of-cell recreation.

e.  The ADX also has a Control Unit (B-Unit), which houses BOP's most dangerous and disruptive inmates; Special Security Units (H and J/B-Units) that house inmates that require communication limitations due to security issues; and a Release Preparation Program Unit (K/A-Unit) designed to assist inmates with upcoming release dates with their transition. I understand that these are not directly relevant to this litigation, so I do not discuss them in this declaration.

7.   I have been advised that BOP is considering placing some or all of the Plaintiffs in this case in ADX-GP. Accordingly, this Declaration focuses on the relevant aspects of ADX's general population.

**ADX General Population**

8.      The ADX has a rated capacity of 560 inmates. Currently, approximately 354 inmates are housed at ADX Florence, and the daily average population for the last 12 months is 338 inmates. Approximately 193 are in a GP housing unit.

9.      All ADX inmates are housed in single occupancy cells. As previously mentioned, the sizes of the ADX cells range from 75 to 87 square feet. The cells in GP housing units (C, D, E, F, and G units) are approximately 87 square feet. Each cell has a solid outer door and an inner grill. There is 17 square feet of space between the inner grill and the solid outer door, known as a sallyport. The wall next to the door for each cell also has a window, which is approximately 12 inches by 48 inches. Each cell solid outer door has a window, which is approximately 5 inches by 18 inches, that looks out on to the housing unit range.

10.     Each cell at ADX has a light with three settings (dim, medium, and bright), which the inmate may turn on and off as needed. The inmate controls the setting of the lights from inside his cell and can turn the light completely off. Each cell has a bed with a mattress and bedding, a sink, a desk, a shelf, a permanently affixed stool, and a TV. Inmates may have personal items, such as photographs, reading materials, art supplies, and legal papers, in their cells.

11.     Due to the unique security concerns at the ADX, inmates at the ADX do not eat in a dining hall as occurs at open institutions. Rather, all meals are delivered to each ADX inmate in his cell three times per day at set times. ADX inmates' meals are cooked, prepared, and placed in covered trays in the ADX kitchen. The ADX utilizes food carts to deliver food to each housing unit. Prepared meals in covered trays are placed in a temperature-controlled cart for delivery to each housing unit. Inmates participating in the Religious Diet Program receive food trays or bags

with food that is prepared and provided in accordance with the religious Certified Food Menu. Inmates with medical diets receive meals containing food items from the prescribed diet's menu.

12.    ADX inmates are also afforded an opportunity to purchase food and personal items from the Commissary that are not provided by BOP.

**ADX-GP Unit Management**

13.    Each inmate has a Unit Team consisting of a Unit Manager, Case Manager, and Correctional Counselor. The Unit Manager directs and manages a housing unit and is responsible for the unit's operation and security. The Unit Manager plans, develops, implements, and supervises individual programs tailored to meet the inmates' needs on the unit. The Case Manager is responsible for the inmates' classification, progress reports, release plans, security and custody classifications, and other materials related to inmate programming. The Correctional Counselor provides inmates with (non-mental health) counseling and guidance regarding institutional adjustment, life skills, problem-solving, and concerns related to visitation, living quarters, work assignments, and programming.

14.    Ordinarily, a member of the Unit Team conducts daily rounds for each inmate and provides each inmate with an opportunity to converse with a member of the Unit Team and address institutional concerns. Inmates also meet at least once every six months with their Unit Team to conduct Program Reviews and monitor and evaluate an inmate's progress in all program areas. Program Reviews give staff and inmates the opportunity to discuss issues in an open format and recommend or revise institutional goals.

15.    The Unit Team determines the inmates' programming needs (including under the First Step Act ("FSA")[1]), monitors participation, encourages positive social behaviors and

---

[1] The First Step Act of 2018 required the BOP to develop a risk and needs assessment

institutional adjustment, and routinely reviews inmates' security, custody, and program needs.

16.     The ADX also provides quarterly incentives under the FSA to reward inmates that complete certain programming. At the ADX, incentives include food (e.g., pizza, pastries, Starbucks coffee, popcorn, candy) that is not available at Commissary.

**ADX-GP Opportunities for Recreation, Socialization, and Out of Cell Time**

17.     Inmates housed at ADX-GP have access to wellness programs, weekly leisure games via the ADX Florence closed circuit television system ("CCTV"), a creative arts program offered in a group setting, weekend "brain teaser" games, arts and crafts, a weekly movie program, and special holiday activities.

18.     Inmates may also subscribe to periodicals; borrow leisure reading materials from the institution's library; take high school equivalency classes, Adult Continuing Education, and correspondence classes; paint, draw, or crochet; participate in a weekly bingo game; and participate in art, essay, and poetry contests. Inmates may possess related items, including art supplies, reading and educational materials, and other approved items, in their cells.

19.     Inmates may purchase items from the Commissary, including food items and additional toiletry and other items, beyond the standard items that are provided to them free of charge. Inmates may also submit Special Purpose orders to purchase hobby-craft items and supplies, religious items, and other items not routinely sold at Commissary.

*CCTV Recreation and Programming*

20.     Except for inmates in disciplinary segregation, each inmate has a 13-inch color television in his cell, which generally provides 24-hour select broadcast channels (currently 52

---

system to assess the criminogenic needs and recidivism risk of all federal prisoners and to recommend inmates to programming and productive activities to address their needs. The Unit Team is primarily responsible for reviewing an inmate's criminogenic needs, recommending programming to address those needs, and monitoring the inmate's participation and completion.

channels), channels for closed-circuit institutional programming (recreation, education, religious services, and psychology), radio stations, and digital music channels. One of the television channels is utilized to provide bulletins to the inmates and also shows the date and time.

21.    Recreation provides wellness programs via CCTV, including bodyweight training, yoga, Pilates, calisthenics, and cardio activities that can be performed in-cell. Recreation also provides art classes via CCTV, including painting, drawing, origami, and crocheting. Recreation additionally has a channel that plays different movies on a rotating basis.

22.    Health Services and Psychology further provide a variety of health and wellness and mental health content. Psychology provides mindfulness and self-help lectures. In conjunction with Recreation, Health Services provides exercise-related content and information related to disease prevention and encouraging a healthy lifestyle.

23.    Education provides Adult Continuing Education classes, including General Education Development ("GED") classes, GED Spanish, and English as a Second Language ("ESL") continuing education.

24.    Religious Services provides religious and spiritual programming, such as sermons, devotionals, prayer, and recitations. Religious-specific programming is rotated on a weekly basis for Protestant, Catholic, Native American, Jewish, Eastern Religion, Pagan, Moorish Science Temple, Islam, and Rastafarian faiths. If a religious preference is not represented in the CCTV programming, inmates may seek accommodation from the ADX Chaplain.

25.    Thus, ADX inmates may participate in a variety of programming and other services, including recreation, education, religious, and services for re-entry into society.

*Visitation and Socialization Opportunities*

26.    Inmates at ADX-GP have many opportunities for social interaction. All inmates are given the opportunity to have up to five in-person, non-contact social visits by individuals from outside the prison per month, unless they are subject to a visitation restriction. Inmates may also request additional visits beyond the five.

27.    Visitation is available from 8:30 a.m to 3:30 p.m., Thursday to Sunday and on Federal Holidays. Since the ADX does not have a large volume of visitors, an inmate can expect the opportunity to visit for the entirety of the visitation hours if he so chooses. There is no set time limit on the length of a visit during visitation hours.

28.    Inmates are permitted an unlimited number of visits by Ministers of Record, and these do not count against the inmate's maximum social visitors. A Minister of Record is a spiritual leader, clergy person, or official representative of an inmate's religion of record as verified by the Chaplain. Visitation by a minister of record will not count against a general population inmate's five social visits and there is no set time limit on the length of a visit during visitation hours.

29.    ADX inmates (except those in Special Security Units) are also permitted social visits from community individuals with prisoner visitation services. Individuals that provide prisoner visitation services often visit with inmates who may not otherwise have visitors. It provides inmates with the opportunity to have positive, face-to-face interactions with those outside the institution. Visitations from prisoner visitation services do not count against the inmate's maximum social visitors.

30.    ADX-GP inmates may make four 15-minute social phone calls with individuals outside the prison per month.

10

31.     ADX-GP inmates may send and receive an unlimited amount of written legal and social correspondence to and from individuals outside the prison.

32.     ADX-GP inmates can also communicate with one another in many ways—they can and do speak to other inmates in adjacent cells and may speak to one another when they go to indoor and outdoor out-of-cell recreation.

33.     ADX-GP inmates can have an unlimited number of confidential visits (with no time limit during visitation hours) and calls with their lawyers, and have access to legal research via an electronic law library located within each unit.

34.     Moreover, all inmates at ADX-GP have contact with staff in the prison daily. The Warden, Associate Wardens, Captain, and Department Heads or their designee (i.e., the ADX's Assistant Case Management Coordinator, Supervisory Chaplain, Assistant Supervisor of Education, General Foreman, Assistant Food Service Administrator, Assistant Health Services Administrator, Supervisor Attorney, Supervisor of Recreation, and Assistant Trust Fund Supervisor) perform weekly rounds in each unit for the opportunity to visit with inmates. During these visits, an inmate may discuss issues with any of the visiting staff, and these cell-side interactions can sometimes last for an extended amount of time. Correctional officers perform regular 30-minute rounds throughout all three shifts all day, every day. A member of an inmate's Unit Team visits the inmates every day.

*Indoor and Outdoor Recreation*

35.     All inmates are provided with access to both indoor and outdoor recreation, with the amount of time varying by unit. Inmates who choose to go outside for recreation have access to sunlight and fresh air.

36.     Generally, the recreation cells and enclosures contain pull-up and dips bars, and

11

inmates are allowed to use handballs and soccer balls. Inmates may request instruction in aerobic exercise from ADX Florence Recreation staff, who have training in aerobic exercises that can be performed in the individual recreation areas.

37.    ADX-GP inmates receive at least 10 hours of out-of-cell recreation per week (generally alternating between indoor and outdoor), subject to institutional security concerns or incidents that temporarily limit recreation.

38.    Depending on the housing unit, general population indoor recreation cells are 369 square feet or 384 square feet and some have chain-link fence roofing that permits fresh air to enter. Outdoor recreation enclosures are 240 square feet or 314 square feet. General population units have 6 to 15 outdoor enclosures and 9 or 10 indoor recreation areas. Though inmates are in single recreation area or enclosure, they are often able to communicate with each other. Outdoor recreation enclosures in the D, E, F, and G Units are metal mesh in a group of 5 and a group of 7, and some adjacent indoor recreation cells have connecting windows, permitting inmates the opportunity to converse and socialize.

39.    The ADX also contains a group programming area that allows GP inmates to attend group classes. The group programming area is in the ADX gym and consists of five individual enclosures arranged in a semi-circle, which are 3 feet 8 inches x 3 feet 8 inches (handicap accessible enclosures are 5 feet x 5 feet) and 6 feet 4 inches tall, and are separated by metal mesh. Only one inmate is allowed per enclosure, but since they are only separated by metal mesh, inmates can see and speak to each other, and to whoever is leading the group program.

40.    The ADX gym group programming area generally hosts two or three classes per day, five days per week. It is used by numerous departments, including recreation (e.g., family and parenting classes), psychology (e.g., Resolve group), education (e.g., GED classes), facilities

12

(e.g., vocational training), and medical (e.g., to provide in-person wellness courses and disease prevention and awareness discussions).

41.    ADX inmates may also receive a work detail as an orderly and receive performance pay. An inmate may submit a request to staff to be selected as an orderly. Orderlies are selected based on the needs of the unit and the inmates' conduct and security risk. Orderlies clean and care for their range and recreation cells in their range. They may also clean outdoor recreation enclosures when they are outdoors. Orderlies generally conduct their duties daily in the evening.

## ADX Education Opportunities

42.    The ADX's Education Department provides inmates with programs that develop self-improvement skills. In addition to education being provided over CCTV, classes are also provided through out-of-cell programming in the ADX gym. For example, group GED classes are currently being held every Thursday in the ADX gym.

43.    One-on-one education and tutoring sessions are offered to all inmates. There is no limit to the number or frequency of these sessions. Literacy teachers also conduct rounds in each unit every week.

## ADX Psychology

44.    The ADX Psychology Department provides mental health care to inmates, to include screening, assessment, and treatment of mental health and drug abuse problems. Currently, the ADX has four staff psychologists, a Resolve Coordinator psychologist (providing trauma-informed treatment), and one advanced care level treatment psychologist. There are current efforts to recruit additional psychologists, as well as to implement an internship program to bring in additional treatment resources.

13

45.     Psychology uses health care levels to classify inmates based on their need for mental health services:

a. Care 1-Mental Health ("MH") inmates show no significant level of functional impairment associated with a mental illness, and demonstrate no need for regular mental health interventions, and have no history of serious functional impairment due to mental illness or have demonstrated appropriate help-seeking behavior if mental illness is present. They are not required to receive any regular mental health services or have a treatment plan.

b. Care 2-MH inmates require routine outpatient mental health care on an on-going basis or brief, crisis-oriented mental health care of significant intensity (e.g., placement on suicide watch). A collaborative, individualized treatment plan is developed, reviewed and updated every 12 months. Evidence-based psychosocial interventions occur on at least a monthly basis.

c. Care 3-MH inmates require enhanced outpatient mental health care (i.e., weekly mental health interventions) or residential mental health care. A collaborative, individualized treatment plan is developed, reviewed, and updated at least every 6 months. Evidence-based psychosocial interventions occur on at least a weekly basis.

d. Care 4-MH inmates require acute care in a psychiatric hospital. A collaborative, individualized treatment plan is developed, reviewed, and updated at least every 90 days. Evidence-based psychosocial interventions occur on at least a weekly basis.

46.     ADX Psychology assigns care levels based on the inmate's current, recent, and historical need for mental health services.

47.     The ADX routinely houses and provides treatment to Care 1-MH and Care 2-MH inmates. Care 4-MH inmates are not designated to the ADX; they are referred to a Psychiatric Referral Center and/or designated to a Secure Mental Health institution.

48.     The BOP makes efforts to divert Care 3-MH inmates from the ADX unless they have an Extraordinary Security Concern ("ESC") and/or are Serious Mentally Ill ("SMI") (e.g., Schizophrenia Spectrum or Other Psychotic Disorder, Bipolar or Related Disorder, or Major Depressive Disorder). Inmates with an ESC or SMI are only designated to the ADX if the security needs cannot be adequately managed at a less-secure institution.

14

49.     Treatment at the ADX may include individual and group therapy, as well as psycho-educational classes, and self-help and supportive services.

50.     ADX Psychology provides small group therapy in either the Psychology Department or the ADX gym. Like the ADX gym, the Psychology Department is a large, open area consisting of six enclosures arranged in a semi-circle that are separated by metal mesh. As with the ADX gym, inmates are able to communicate easily with each other and the psychologist. Currently, Psychology hosts two groups per day, five days per week.

51.     Individual therapy is available to all inmates. This is offered as needed or by scheduled appointment. There is no limit to the frequency of counseling sessions. Additionally, psychologists make rounds for all inmates at least once per week. Often, psychologists conduct cell-side sessions during rounds or, where appropriate, the psychologist may immediately take the inmate to a private room for a session.

52.     Psychology also offers programming through CCTV, such as Stress Management, Drug Education, and Anger Management. It also utilizes other therapy tools, such as rewards for participating (e.g., candy and other foods, soda), therapy recordings they can listen to in-cell, and Virtual Reality goggles to simulate nature or the community, to meditate, or to play games. The ADX also has a Professional Therapy Dog that supports therapy sessions.

53.     Psychiatric care is also available to every inmate, primarily through tele-psychiatry with a psychiatrist. Psychiatric care provides inmates with prescription medication therapy, while psychologists provide talk and cognitive-behavioral therapy. Inmates being referred to a psychiatrist for medication evaluation and inmates that are currently prescribed psychiatric medication meet with a psychiatrist via a video visitation system/tele-health appointment to discuss and reevaluate treatment.

**ADX Health Services**

54.     The ADX Health Services Department provides all medical care to the ADX population, unless a medical condition requires specialized or emergent treatment. Health Services staff are available on-site 14 hours per day, 7 days per week for routine and urgent care, and available on-call for all hours Health Services staff are not on-site. All staff are trained to respond to medical emergencies and local ambulatory and community hospital services are always available.

55.     Health Services staff provide routine, urgent, and emergency care, and triage sick-call requests. In addition to the complex medical staff, the ADX currently has a physician, a dentist, a mid-level provider, clinical nurse, social worker, and medication technician.

56.     The BOP utilizes a system of assigning a medical care level to each inmate:

   a.  Care 1 inmates are generally healthy but may have limited medical problems easily managed by Health Services and supplemented by existing community resources.

   b.  Care 2 inmates have stable chronic conditions managed by Health Services and supplemented by existing community resources. Care 2 inmates generally self-manage their conditions and need infrequent visits to medical specialists or community facilities.

   c.  Care 3 inmates have more complex medical conditions and are more fragile. They require frequent clinical contacts with Health Services employees and more visits to community medical specialists. They may also periodically require hospitalization to stabilize their conditions.

   d.  Care 4 inmates require extensive medical and nursing care. Some inmates may require 24-hour nursing care including assistance with activities of daily living. These inmates frequently visit medical specialists or are hospitalized for care that is not available at the institution.

57.     An inmate's care level is assessed upon the inmate's arrival and during regular reviews as the inmate's health care needs change.

58.     The ADX is designated as a Care 2 institution. However, the ADX houses and manages inmates with Care Levels 1, 2, 3, and (rarely) 4. Inmates with Care Levels 3 and 4 may be designated to the ADX, or remain at the ADX after their Care Level is increased if their security and classification needs prevent them from being safely housed elsewhere.

59.     Medical staff visit each unit daily, and inmates have access to medical and mental health visits upon request. When indicated, inmates are permitted to keep prescribed medication in their cell. Inmates are otherwise provided their daily medication by Pharmacy staff.

60.     Health Services also runs several specialized clinics for inmates that have chronic diseases. Health Services also provides physicals, disease testing and prevention, age specific preventive health examinations (e.g., cancer screenings), and vaccinations.

61.     For specialty care, FCC Florence utilizes comprehensive medical services contracts to supplement in-house medical services. The FCC contracts with American Correctional Healthcare ("ACH") which provides third-party administration services to schedule inmates for care in the community with contracted providers. ACH schedules appointments for inmates based on the availability of the contracted community provider and the medical urgency of the referral. The medical urgency of the referral is indicated by the BOP medical provider at the time the request is submitted to ACH for scheduling.

62.     Emergency medical care is available 24 hours per day at local community hospitals.

**ADX Religious Services**

63.     ADX Religious Services provides ministerial services to inmates. Though ADX General Population inmates are not permitted to congregate, the ADX Chaplains provide individual pastoral care and individual and group religious accommodation. The Chaplains offer

worship, education, counseling, spiritual direction, support and crisis intervention to meet the diverse religious needs of the inmate population.

64.     For religious holy days, and consistent with the security, safety, and good order of the institution, the Bureau endeavors to facilitate the observance of each faith group's holy days (e.g., Christmas, Easter, Passover, Ramadan, Eid ul-Fitr), which may involve special fasts and dietary regulations.

65.     The Chaplains also oversee the religious diet program, ceremonial religious meals, and religious holiday observances. Religious Services coordinates with Food Services to ensure meals provided to inmates of all faith groups at the ADX comply with their religious dietary needs. Inmates that choose to participate in the Religious Diet Program receive meals from the BOP's Certified Food Menu. The Certified Food Menu consists of two components: certified kosher and certified halal. These meals are procured and served in sealed individual serving packages marked with the appropriate Religious Certification.

66.     The Bureau also permits each faith group one ceremonial meal per year. Generally, each faith group at an institution indicates on which date they wish to have their annual Religious Ceremonial Meal. Chaplaincy Services makes every effort to ensure an ADX faith group reaches a consensus and is satisfied with the date and menu of their Religious Ceremonial Meal.

67.     Religious Services also makes efforts to bring in faith leaders of faiths not represented by the Chaplains. For example, volunteer or contracted Catholic priests and Islamic Imams provide inmates with services aligned with their faith. Inmates may also request that they be permitted visitation with a Minister of Record in their faith, *see supra* ¶ 28.

68.     Each faith group is also offered programming via CCTV. Programming generally includes videos, lectures, sermons, prayer, and religious education. The CCTV channel rotates faith groups' programming. Inmates may also request religious literature from Religious Services.

**ADX Step Down**

69.     As I mentioned earlier, the Step-Down Unit Program is a stratified system of housing that provides inmates with incentives to adhere to the standards of conduct associated with maximum security custody. Under the Step-Down Unit Program, inmates may become eligible to progress from the General Population Units to the Intermediate, Transitional, and Pre-Transfer Units after demonstrating periods of good conduct, positive institutional adjustment, and programming. As inmates advance through the Program, they are housed in a less restrictive environment and receive greater privileges.

70.     Ordinarily, the time-period for an inmate to progress through the Step-Down Unit Program is 36-months, but there is neither a prescribed nor a guaranteed length of time, and those successful in the Pre-Transfer step of the Step-Down Unit Program may move out of the ADX to an appropriate and less restrictive Bureau facility. Generally, but not always, the minimum stay in each step is as follows:

      a.   General Population Unit (C, D, E, F, and G): 12 Months

      b.   Intermediate Unit (J/A): 6 Months

      c.   Transitional (B/A Phase I): 3 Months

      d.   Transitional (B/A Phase II): 6 Months

71.     All general population inmates at the ADX are reviewed for potential participation in step-down at least every 6 months. The Unit Team determines an inmate's

eligibility for step-down and refers the inmate to the Step-Down Screening Committee. The Step-Down Screening Committee reviews each inmate referred by the Unit Team for appropriateness to advance to the next step or transfer out of the program. The ADX Warden makes the final recommendation to the North Central Region's Regional Director regarding whether a general population inmate will advance in or transfer out of the Step-Down Unit Program. The Regional Director makes the final decision to approve advancement or transfer out, or to deny the recommendation. If the recommendation is denied, the inmate may appeal the decision through the Administrative Remedy Program.

* * * * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of May 2025 in Florence, Colorado.

Anna Armijo
Associate Warden, FCC Florence
Federal Bureau of Prisons
U.S. Department of Justice

20