# EXHIBIT 1

| | |
|---|---|
| **From:** | Bell, Kevin K. (CIV) |
| **To:** | Maria Morris |
| **Cc:** | Marcus, Lisa (CIV); Kies, Marianne F (CIV); Edelman, Christopher (CIV); Corene Kendrick; Joseph Margulies; Carmen Iguina González; David Fathi; David Patton; Ian Robertson; Krysta Kilinski |
| **Subject:** | RE: URGENT--Taylor v. Trump: Plaintiffs" Position Needed on 6pm Request Filing |
| **Date:** | Thursday, April 24, 2025 4:04:22 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Dear counsel:

In response to your request below, Defendants position is that the Federal Rules of Civil Procedure and the D.D.C Local Rules reflect an understanding that, absent unusual circumstances not present here, discovery should not proceed before the parties have conferred as required by Federal Rule of Civil Procedure 26(f).  *See* Local Civ. R. 26.2(a).  We do not believe that Plaintiffs have justified an exception to the general prohibition on discovery prior to the parties' Rule 26(f) conference.  *See, e.g., Guttenberg v. Emery*, 26 F. Supp. 3d 88, 97 (D.D.C. 2014) ("expedited discovery is not the norm").

Although we do not think that it is appropriate to propound formal discovery at this point, in the interest of avoiding an unnecessary discovery dispute and wasteful motion practice that would distract the parties and the Court during the expedited PI schedule, we are willing to produce some of the requested documents in advance of the preliminary injunction hearing, in part because Defendants may rely on these documents in support of their opposition. Productions of these documents must be pursuant to a protective order given the sensitive law enforcement, medical, and personal privacy information contained therein. We recommend the parties jointly move for entry of a protective order similar to the one entered by the Court in *Kadamovas v. BOP*, Case No. 2:23-cv-22 (S.D. Ind.) (ECF No. 84). We will follow up tomorrow with a proposed protective order.

Defendants' position on each of your requests is set forth below:

1. FORM BP-338: Defendants will agree to produce FORM BP-338 documents for each Plaintiff covering the period between December 23, 2024 and April 1, 2025.

2. Transport Packets: We are continuing to confer with BOP about this request and we will follow up with a response on Friday.

3. Hearing Documents: Defendants will agree to produce the notice of hearing and hearing report, in addition to non-privileged and non-security sensitive documents relied upon by BOP in the hearing process.

4. BOP spreadsheet regarding redesignations: Defendants will not agree to produce this deliberative, pre-decisional, and attorney work product document.

After entry of the protective order by the Court, we would begin productions of the documents on a rolling basis with the goal of completing production by May 7.

Thanks,

Kevin Bell
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Washington, D.C. 20005
(202) 305-8613 (office)
(202) 880-0329 (work mobile)
kevin.k.bell@usdoj.gov

---

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Thursday, April 24, 2025 12:00 PM
**To:** Bell, Kevin K. (CIV) <Kevin.K.Bell@usdoj.gov>
**Cc:** Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Corene Kendrick <ckendrick@aclu.org>; Joseph Margulies <jm347@cornell.edu>; Carmen Iguina González <ciguinagonzalez@heckerfink.com>; David Fathi <dfathi@aclu.org>; David Patton <dpatton@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Krysta Kilinski <kkilinski@heckerfink.com>
**Subject:** [EXTERNAL] RE: URGENT--Taylor v. Trump: Plaintiffs' Position Needed on 6pm Request Filing

Thank you.  Do you have a sense of when you will be able to respond?

---

**From:** Bell, Kevin K. (CIV) <Kevin.K.Bell@usdoj.gov>
**Sent:** Thursday, April 24, 2025 11:59 AM
**To:** Maria Morris <MMorris@aclu.org>
**Cc:** Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Corene Kendrick <ckendrick@aclu.org>; Joseph Margulies <jm347@cornell.edu>; Carmen Iguina González <ciguinagonzalez@heckerfink.com>; David Fathi <dfathi@aclu.org>; David Patton <dpatton@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Krysta Kilinski <kkilinski@heckerfink.com>
**Subject:** RE: URGENT--Taylor v. Trump: Plaintiffs' Position Needed on 6pm Request Filing

Hi Maria,

We're currently working on this, and anticipate being able to respond later today. Thanks for your patience.

Kevin Bell

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Washington, D.C. 20005
(202) 305-8613 (office)
(202) 880-0329 (work mobile)
kevin.k.bell@usdoj.gov

---

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Tuesday, April 22, 2025 5:12 PM
**To:** Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Corene Kendrick <ckendrick@aclu.org>; Joseph Margulies <jm347@cornell.edu>; Carmen Iguina González <ciguinagonzalez@heckerfink.com>; David Fathi <dfathi@aclu.org>; David Patton <dpatton@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Krysta Kilinski <kkilinski@heckerfink.com>
**Cc:** Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>
**Subject:** [EXTERNAL] RE: URGENT--Taylor v. Trump: Plaintiffs' Position Needed on 6pm Request Filing

Hi Chris,

As we discussed, I'm sending you a list of a few documents that we would like to get for the purpose of the PI proceeding.   I've pared it down from what I referenced earlier in the hopes that this will make it possible to move this forward without seeking relief from the Court.   At least for items 2 and 4, Chris Sysnvoll presumably has the documents or knows where they are.   It seems likely that may be true for items 1 and 3 as well.

The items we are requesting from you are:

1. FORM BP-338 for each Plaintiff that was current for any Plaintiff as of December 23, 2024, February 1, 2025, and April 1, 2025.

2. All Transport Packets for any Plaintiff prepared since December 23, 2024.  We do not know precisely what these are, but Chris Synsvoll informed the criminal defense attorney for one of the Plaintiffs that Transport Packets had been prepared for the people whose death sentences had been commuted.

3. All documents prepared for, used in or prepared as a result of the Hearings on Referral for Transfer to the General Population at the ADX for any Plaintiff since December 23, 2024.  This would include at least the ADX  Referral Packets described in Program Statement 5100.08 at chapter 7, p. 18 (Doc. 2-8 at 99), and notes, recommendations, and

     findings made by the hearing administrators, as well as any determinations made by the Assistant Director, Correctional Programs Division, to accept or reject the Hearing Administrator's recommendations.

4. The BOP spreadsheet, chart, or other document that listed BOP's recommendations for redesignations for the Plaintiffs, as referenced in the Memorandum in Support of a Temporary Restraining Order (Doc. 2-1 at 39) and the Meredith Declaration (Doc. 2-27 at 11), including all versions of that document.

As discussed, we understand that you will try, but are not committing, to respond to these requests by midday on Thursday, 4/24/25. We will not ask the Court for an order for expedited discovery until at least Thursday afternoon.

Please let me know if you need clarification on any of the items.

Thanks,
Maria

**From:** Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>
**Sent:** Tuesday, April 22, 2025 2:21 PM
**To:** Corene Kendrick <ckendrick@aclu.org>; Joseph Margulies <jm347@cornell.edu>; Carmen Iguina González <ciguinagonzalez@heckerfink.com>; Maria Morris <MMorris@aclu.org>; David Fathi <dfathi@aclu.org>; David Patton <dpatton@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Krysta Kilinski <kkilinski@heckerfink.com>
**Cc:** Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>
**Subject:** RE: URGENT--Taylor v. Trump: Plaintiffs' Position Needed on 6pm Request Filing

Sounds good. I will join then.

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Tuesday, April 22, 2025 2:19 PM
**To:** Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Joseph Margulies <jm347@cornell.edu>; Carmen Iguina González <ciguinagonzalez@heckerfink.com>; Maria Morris <MMorris@aclu.org>; David Fathi <dfathi@aclu.org>; David Patton <dpatton@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Krysta Kilinski <kkilinski@heckerfink.com>
**Cc:** Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>
**Subject:** [EXTERNAL] RE: URGENT--Taylor v. Trump: Plaintiffs' Position Needed on 6pm Request Filing

Hi Chris,

No worries about the delay, I can imagine you're busy. How about 3 pm eastern? I've attached a calendar invite with a zoom link, info is also below:

> https://aclu.zoom.us/j/89894396385?pwd=u6F9Xke1760RLPkdMMJxA4h9U3OQTf.1
>
> Meeting ID: 898 9439 6385
>
> Passcode: 353486
>
> ---
>
> One tap mobile
>
> +16699006833,,89894396385# US (San Jose) 16694449171,,89894396385# US

Talk soon,
Corene

---

**From:** Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>
**Sent:** Tuesday, April 22, 2025 10:58 AM
**To:** Corene Kendrick <ckendrick@aclu.org>; Joseph Margulies <jm347@cornell.edu>; Carmen Iguina González <ciguinagonzalez@heckerfink.com>; Maria Morris <MMorris@aclu.org>; David Fathi <dfathi@aclu.org>; David Patton <dpatton@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Krysta Kilinski <kkilinski@heckerfink.com>
**Cc:** Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>
**Subject:** RE: URGENT--Taylor v. Trump: Plaintiffs' Position Needed on 6pm Request Filing

Hi Corene,

I'm sorry for the delay in responding. I'm available between now and 5pm if you'd like to talk at some point in there. Tomorrow will be hard, as I will be traveling. I will also say at the outset that I noticed my appearance on Friday morning, but I

am not permitted to accept service.  Plaintiffs are required to effect service on the Government in accordance with the Federal Rule of Civil Procedure 4(i).

Chris

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Monday, April 21, 2025 1:16 PM
**To:** Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Joseph Margulies <jm347@cornell.edu>; Carmen Iguina González <ciguinagonzalez@heckerfink.com>; Maria Morris <MMorris@aclu.org>; David Fathi <dfathi@aclu.org>; David Patton <dpatton@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Krysta Kilinski <kkilinski@heckerfink.com>
**Cc:** Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>
**Subject:** [EXTERNAL] RE: URGENT--Taylor v. Trump: Plaintiffs' Position Needed on 6pm Request Filing

Hi Chris and Lisa,

It's nice to e-meet you. We would like to set up a time for a quick call in the next few days about a couple of housekeeping matters, if you can let us know your availability this afternoon, Tuesday, or Wednesday, we'd appreciate it. We plan to propound limited discovery for purposes of the Preliminary Injunction motion, and wanted to talk about that. If there are other logistical things you all would like to discuss, please let me know that, too.

Also, I'm still trying to keep up with the docket, so I'm not sure if you two have filed formal notices of appearance in this matter. If not, will you consent to accepting service going forward?

Thanks,

Corene

Corene Kendrick
Deputy Director
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104
Cell – 415.606.3171
ckendrick@aclu.org

**From:** Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>