# EXHIBIT 6

| | |
|---|---|
| **From:** | Edelman, Christopher (CIV) |
| **To:** | Corene Kendrick; Kies, Marianne F (CIV); Bell, Kevin K. (CIV); Marcus, Lisa (CIV) |
| **Cc:** | TaylorvTrump |
| **Subject:** | RE: Taylor v. Trump: Possible Stipulation Re: May 12 Hearing |
| **Date:** | Monday, May 5, 2025 12:46:26 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Corene,

Thank you for your email. Defendants will not agree to not transfer any plaintiff to the ADX until November 1, and Defendants oppose any discovery and any form of an evidentiary hearing. We of course will continue to send you the documents we have been discussing over the past week.

That being said, and based on where things stand in the decision and appeal process, we recognize that any transfer of Plaintiffs to ADX-GP will not likely take place before the end of May. We also recognize that holding the PI hearing on May 12 only permits the parties two days to prepare for that hearing from the time of Plaintiffs' reply filing (over Mother's Day weekend). We therefore would agree to the filing of joint motion in which we would update our prior notice filing to state, "Irrespective of Plaintiffs' lawsuit, under BOP's normal designation review and transfer process, BOP will not otherwise transfer any Plaintiff to the ADX until at least May 31, 2025." We could then propose some dates for the PI hearing that are mutually convenient for us and that would still permit the court at least four days to decide the motion. Per the court's standing order, the four dates we propose for the hearing are May 15, 21, 22, 27 (with preference for May 21, 22, and 27). Please let us know your thoughts on this today because the standing order requires this joint motion to be filed at least a week before the hearing (i.e., by today).

Best,
Chris

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Saturday, May 3, 2025 5:05 PM
**To:** Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>; Bell, Kevin K. (CIV) <Kevin.K.Bell@usdoj.gov>; Marcus, Lisa (CIV) <lisa.marcus@usdoj.gov>
**Cc:** TaylorvTrump <TaylorvTrump@aclu.org>
**Subject:** [EXTERNAL] Taylor v. Trump: Possible Stipulation Re: May 12 Hearing

Dear Chris and team,

The present stipulation between the parties states that Defendants agree to not move any

Plaintiffs from USP Terre Haute to Florence ADX any earlier than May 16, 2025. Doc. 19 at 1. In light of Defendants' representation to the Court in your opposition to our PI motion that "BOP's historical practice when an inmate has been designated to ADX-GP is to wait for [the] administrative remedy process, including all appeals, to be completed prior to physically transferring the inmate," a process that "***may take up to approximately 170 days***," Doc. 40 at 36-37 (ECF pagination, emphasis added), we propose that the parties stipulate as follows:

1. Defendants agree not to transfer any plaintiffs from USP Terre Haute before November 1, 2025, except for any transfers to Federal Medical Centers or another health setting that may be necessary due to an individual plaintiff's medical or mental health needs.

2. The parties jointly ask the Court to vacate the May 12 hearing; schedule an evidentiary hearing on plaintiffs' motion approximately two weeks before November 1; and enter a scheduling order providing for limited deposition and document discovery in preparation for that hearing.

3. This scheduling order would also envision the time for Defendants to respond to our complaint with an answer and/or motion to dismiss.

Please let us know your position on this proposal as soon as possible. We would be happy to draft a stipulation setting forth this and other deadlines for your review, and are available on Monday if you would like to schedule a call to discuss.

Thank you,

-Corene

Corene Kendrick
Deputy Director
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104
ckendrick@aclu.org