# EXHIBIT 7

An official website of the United States government.    Here's how you know

A-Z Topics    Site Map    FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

## Statistics

Inmate Statistics    Population Statistics    Staff Statistics

Inmate Statistics
- Age
- Citizenship
- Covid-19 Data
- Ethnicity
- Sex
- Offenses
- Prison Safety
- Prison Security Levels
- Race
- Release Numbers
- Restricted Housing
- **Sentences Imposed**

# Sentences Imposed

Statistics are updated weekly. Last updated on Saturday, 3 May 2025
Please Note: Data is limited by availability of sentencing information for inmates in BOP custody.

[Bubble chart showing sentence ranges: 1-3, 3-5, 5-10, 10-15, 15-20, 20+ on axes of Years: Min Range vs Years: Max Range]

| Sentence | # of Inmates | % of Inmates |
|---|---|---|
| 0 to 1 year* | 3,075 | 2.1% |
| > 1 year to < 3 years** | 13,118 | 9.1% |
| 3 years to < 5 years | 13,680 | 9.5% |
| 5 years to < 10 years | 35,632 | 24.8% |
| 10 years to < 15 years | 33,159 | 23.0% |
| 15 years to < 20 years | 18,845 | 13.1% |
| 20 years or more but < Life | 22,864 | 15.9% |
| Life | 3,572 | 2.5% |

\* The sentence category "0 to 1 year" includes misdemeanor offenses (0-12 months).

\*\* The sentence category "> 1 to < 3 years" includes the common sentence type: "Twelve months plus 1 day."

There are 3 individuals who have a Federal death sentence imposed.

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Volunteers |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Report a Concern | | | | | |

Accessibility | Contact Us | FOIA | Information Quality | No FEAR Act | Privacy Policy | Website Feedback

Bop.gov Mobile Version | USA.gov | Justice.gov | Open Government

https://www.bop.gov/about/statistics/statistics_inmate_sentences.jsp    1/1