# EXHIBIT 8

An official website of the United States government.   Here's how you know

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# USP FLORENCE ADMAX
An administrative security U.S. penitentiary.

| | | |
|---|---|---|
| 5880 HWY 67 SOUTH<br>FLORENCE, CO   81226 | Inmate Sex: Male Offenders<br>Population: 358 Total Inmates | Visiting Information<br>How to send things here |
| Email:   FLX-ExecAssistant-S@bop.gov<br>Phone: 719-784-9464<br>Fax:      719-784-5290 | Judicial District: Colorado<br>County: Fremont<br>BOP Region: North Central Region | Resources for sentenced inmates<br>Other facilities in this complex<br>Driving Directions<br>Job Vacancies |

## Visiting Information

### Visiting Overview
How to visit an inmate. This covers the basic fundamentals that apply to all of our institutions. The BOP welcomes visitors to our institutions. We remind all visitors to carefully review our visiting regulations and to observe any applicable state and local travel advisories in planning your visit.

### Visiting Schedule & Procedures
Official policy at USP Florence ADMAX that outlines the specific regulations and procedures for visiting an inmate at this facility.
   *Also available in Spanish:* Regulaciones de Visitas

### Resources for Media Representatives
Conditions under which qualified media representatives may visit institutions.

## How to send things here

- Inmate Mail
- Inmate Money
- Freight and non-USPS parcels
- Staff Mail

## Resources for sentenced inmates

## Commissary List

In 1930 the Department of Justice authorized and established a Commissary at each Federal institution. The Commissary provides a bank type account for your money & for the procurement of articles not issued regularly as part of the institution administration. Funds deposited by your family, friends, or other sources are stored in your commissary account that we maintain.

List and prices of items sold at the commissary in USP Florence ADMAX

## Legal Activities

This document outlines the procedures for access to legal reference materials and legal counsel, and the opportunities that you will be afforded to prepare legal documents while incarcerated.

Inmate Legal Activities at USP Florence ADMAX

## PREA Report

This report, posted on May 1, 2023, as required per 28 CFR §115.403, details the findings of an audit that was conducted by an outside contractor to determine the Federal Bureau of Prisons? (BOP) compliance with the Prison Rape Elimination Act (PREA). As the work product of independent auditors subcontracted by PREA Auditors of America (PAOA), the BOP is not responsible for grammatical or typographical errors. Additionally, any questions or comments regarding the discrepancies or inaccuracies found within this report should be directed to PAOA at (713) 818-9098, or to the subcontracted independent auditor (name and email address can be found on page one of the report), for explanation and resolution.

USP Florence - ADMAX PREA Report

## Other facilities at the Florence Federal Correctional Complex

USP Florence - High

FCI Florence

**About Us** | **Inmates** | **Locations** | **Careers** | **Business** | **Resources** | **Resources For ...**

About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses
About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees
Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Volunteers
Statistics | Custody & Care | | Application Process | | Publications | Former Inmates
 | Visiting | | Our Hiring Process | | Research & Reports | Media Reps
 | Report a Concern | | | | |

Accessibility | Contact Us | FOIA | Information Quality | No FEAR Act | Privacy Policy | Website Feedback	.
Bop.gov Mobile Version | USA.gov | Justice.gov | Open Government

https://www.bop.gov/locations/institutions/flm/	2/2