EXHIBIT 10

**Declaration of Eric King**
**Pursuant to 28 U.S.C. § 1746**

1.  My name is Eric King.  I live in Denver, CO, and work as a paralegal
    in Denver.

2.  In 2014, I received a sentence of 120 months in the Western District of
    Missouri after pleading guilty to "using an explosive to damage a
    building used in interstate commerce." BOP authorities initially
    placed me in a low security institution, FCI Englewood. I once got a
    220-level "threatening staff" discipline shot for drawing stick figure
    cartoons and sending them to my wife.  Right away, I got transferred
    to a medium security facility and served 107 days in the SHU (the
    disciplinary unit) at FCI Florence.  Later, I had a physical
    confrontation with an officer in which the officer was injured.  I was
    prosecuted for assault causing serious bodily injury, but a jury found
    me not guilty based on self defense in a federal court in the District of
    Colorado in about 2021.

3.  Before that happened, I was found guilty by the BOP's discipline
    hearing officer of disciplinary infractions in the incident with the
    corrections officer, and after I was acquitted I was redesignated to
    ADX in Florence, Colorado, on "leadership and assault status."  I
    spent 18 months at ADX; I was there until I was released because I
    finished my sentence in December 2023.  During that time, I spent 14
    months in C unit, which is the disciplinary range for the general

1

population prisoners at ADX.  Later, as I got close to my release date, I was moved to the KA unit, the pre-release unit. I stayed there for 4 months until I got out.

4. All the general population ranges, A through F, have the same configuration: 8 or 10 cells on top, 8 or 10 cells on bottom, left and right, with a walkway that runs past the cell doors at each level.   The control bubble for the officers is in the center between the left and right ranges.  Two rec rooms are across the hall that runs outside the cells.  At the very end of the hall, on the same side as the rec cages, is the law library, which is a room with a computer and concrete shelf.

5. Inside the cell is a bed, which is a concrete slab with a thin uncomfortable mattress made of a hard foam that looks like housing insulation foam.  You get two sheets, and may get a thin pillow the size of a closed laptop.  I did not get my pillow for 6-7 months.   At the end of the bed near the window is a shower, a big stainless steel box. The water runs for one minute at a time and then you have to press the button again.

6. At the foot of the bed is a concrete unit attached to the wall, which is the desk.  Some cells have a concrete stool to sit on, attached to the floor.  The TV (a bit smaller than an average laptop) sits on the desk. A metal shelf is about 2 feet above the desk; some people put the TV there.  The toilet and sink, made of one stainless steel unit, are

2

pressed against the inside bars on the end of the cell toward the door. Guards can see you on the toilet or showering at all times, because you are not allowed to hang up a sheet to block the view and there is a wide window next to your cell door that allows them to see into your cell. There is a limit on toilet flushes – if you flush twice within 5 minutes, then if you do it a third time, it locks for an hour.

7. In some units there is a divot in the concrete bed where you can put your clothes and books.  In C unit your stuff went on the floor or on your shelf.

8. Each cell had two doors.  The inside door is just like old-time prison bars.  The outside door is solid steel, with about 3 feet between the two doors.  I could not reach through the bars to the outer door, not even close.  The inside door has a bean slot, a rectangle for passing items through.  A guard delivering food opens the outer door and sets the tray on the bean slot.  If food slops over, stuff gets all over your slot and your bars and your floor, every day.

9. The cell has very little floor space.  Your bed takes half of it, and the shower and toilet take more.  Out your window you only see a wall of one of the other units and little bit of sky.  You never see birds or clouds or hear anything outside.  I forgot what wind or rustling leaves sound like.

10.    You got cleaning supplies one day a week: a pink spray bottle and a toilet bowl brush that everyone is using. It's not cleaned. You feel like you're rubbing other people's waste all over your toilet. You get about 15-20 minutes to clean and then you have to have it pushed through the bars for them to pick it up by the time they come back to collect it.

11.    They give you a book list if you request it, but I never got a book I requested because they were either all out or stolen. I got books in the mail but not from the institution. In the mail they have to be soft back and direct from supplier.

12.    You get 3-5 pairs of socks, underwear, khaki pants, and a white shirt and a khaki shirt. Anything else you have to buy, including cold weather wear. They provide a heavy jacket but only when you are going outside in winter, not to keep in your cell. They provide bus shoes, which are weird little loafers. You have to buy your own shoes and shower shoes so you don't get foot fungus. You get one bottle a week of Bob Barker soap, which you have to use to clean your room, and also for your body wash, shampoo, hand soap, and detergent. The bottle is about 2 inches tall and about 2 or 2 ½ inches in diameter. They give you an orange plastic spoon and a brown coffee cup, but no plate or bowl, although you can buy bowls or water bottles if they have them in stock.

13.     ADX is the quietest goddam place on earth.  Everything is made of concrete, not steel, with double doors between you and the range outside.  You can't hear a thing going on.  When I first got to ADX, I went 13 days without hearing another human talk.  I had no TV yet at that point, so it was just 13 days of silence.

14.     My day on C unit would usually begin when I got up at 5:30, before breakfast, to clean my cell.  The cell collects all the dust and hair and dead skin from bodies all day, with nowhere for it to go.  Some of it blows in from the hall when the guards open the outer door.  Also there are crumbs from the food.  If you urinate and it splatters, it covers the stainless steel.  Also we cell rotate every three months, and if the person ahead of you was not worried about his hygiene, it's covered with urine, spit, things people drew on the walls, and other dirt.  I cleaned my cell every morning.  I had to if I wanted to live in a clean place.

15.     At about 5:50-6:10 AM, the guard would open my outside door and set down my breakfast tray.  They do not normally talk to you.  You have 30 minutes to eat breakfast and put the tray back in the bean port before they open the outside door again to collect it.

16.     After breakfast, if I had rec, I would typically work out and then return to my cell for a shower.  Rec lasted 30 minutes to an hour and half whether it was indoors or outdoors.  In my cell, I could listen to

the radio or the sports channel.  I might write letters after that. Lunch would come at 10 to 10:30, delivered and picked up the same way.  In the afternoons I would read or write letters.  Count time was 4 PM. Guards conducted count by walking by and looking in the window from the corridor. They did not interact with us to do the count. Dinner would come at about 4:15-4:30.

17.     In the evenings I mostly paced the cell.  There was not much floor space left over from the bed and other furniture, so pacing meant about 5 steps down, then 2 or 3 over depending on whether I took small enough steps, and then back. You feel smothered.

18.      Also I would feel starving for the rest of the day after eating dinner.  If you can't buy bowls of food, which I couldn't because I was on commissary restriction, you are just starving all evening. My commissary was limited because I came in under disciplinary restriction for the confrontation with that officer, and was limited to $15 a month, which I could use to buy a handful of stamps, a bar of soap, and a bag of coffee.

19.     To go out for recreation, you have to be up and ready to ask the officer who brings your breakfast to "sign me up for rec" before he closes your door.  The door is only open for seconds, so you have to be ready and speak up right away. If you miss that opportunity you don't get rec that day.   No one told me this when I first arrived.  After a

6

month of no rec, I managed to call through the slot to an orderly who was working on the range and ask him why I wasn't getting recreation.  He explained that I had to ask the officer who brought my breakfast.  But even if you manage to ask, you don't know if you're going to get rec until they come to get you.  You can try to yell, "when is rec" if an officer goes by after recreation.  If they don't answer, then you know that you will have no rec that day.

20.     If you do get recreation, around 7 or 8 they'll come tell you. You cuff up behind your back.  In C unit, then they walk you up 5 stairs into an "outdoor" concrete box. There is no one to talk to in the box, which is 20 feet high, maybe 20-by 10 feet long and wide.  This works out to 12-15 steps down and back. The box has a pull-up bar and a dip bar.  There is chain link fencing over the roof between you and the sky.   I never saw a single ball in the rec yard, outdoors or indoors, during my time at ADX.

21.     For indoor rec, they walk you across the hall to a room about 10-15 feet wide, which works out to 8-12 steps down and back.  If you wanted, you could try to glance in the windows of other guys' cells as they moved you across the hall, but you could never stop and talk. The indoor rec room was also a box, with a window on one side to watch you. You could use the dip bar and pullup bar, or walk laps.

22.     You can only go to the law library during your rec time, which means you get 30 minutes to an hour and half.   They give you a rubber keyboard which makes it very hard to type.  If you don't know anything about how to do legal research or use Lexis-Nexis you're just sitting there by yourself.  No one tells you how to use it and you don't get any instructions.

23.     You would receive your mail and books in the evening on top of your dinner tray.  Mail was typically 4-5 weeks old, sometimes a couple of months old. Every prisoner has had mail messed with.  You'd have chunks destroyed or ripped off, pages left out, and things crossed out.  Sometimes you would get every other page.  Or they might give it to the wrong person.  That happened to everyone on my range.  I watched people losing their minds over the mail.  Once I got someone's mail and I tried giving it back to the guard.  The guard said throw it away, he wasn't giving it to the right person.  That also happened to laundry all the time.  So none of us would send our grays through laundry because you wouldn't get them back.  You'd have to wash those in your sink or toilet.

24.     When you leave your cell for a visit, you have to strip out, squat, and cough.  They give you a separate white jumpsuit to wear and put you in front cuffs, shackles, and a belly chain.  The social visits are through glass and you have to talk to the visitors over a telephone.  If

8

you have to use the bathroom during the visit, they put you back in handcuffs, walk you to the toilet, and watch you go.

25.     For my first six months I was under restrictions and couldn't have social visits.  After that, the one time my mom came to see me, she had to spend hundreds of dollars to fly in, find a hotel, drive to the prison on time, and wait for the prison to approve her and do a body scan.  Then at the end of the visit she had another long drive ahead to get back to the airport.  She is not young and she was exhausted.  She only made it out to visit me once.  No one else in the family could afford to visit except my wife, who lives nearby.

26.     My first year I was only allowed two phone calls for the year and I had to get permission from the warden.  After that year, I was allowed three a month, but my SIS handler had to be available to monitor the phone call.  If he wasn't available I wouldn't get my call that week.  Lots of other guys had a similar limitation.  He can hang up or interrupt the call at any time.  At any second he can hang up on you, and it destroys any sense of connection with the family. You can only do that one phone call during your indoor rec.  They put you in an empty cell and they wheel the phone up.  You sit and wait for them to put you in and bring you the phone, then when the call is over you sit and wait for them to take you out.  If the people you are calling don't

answer after 2-3 tries they cut off the phone.  A call is limited to 15 minutes at most.

27.       Contact with administration is very limited.  There is an administrative walk-through every Wednesday but they are hauling ass when they come through.  If you have something you need to bring to their attention, you have to be at your door ready and yell "Warden!" really fast.  Maybe he will stop and say, "What's up, King?" The longest I ever talked to an administrator was about a minute. Mostly, though, if I had something to ask an administrator, I would fill out a paper cop-out and ask the officer at breakfast to put it on my door, because I knew they usually wouldn't stop to talk for more than that minute

28.       The only job opportunity at ADX is to work as an orderly, which means you mop for an hour, maybe Tuesday and Friday.  They put a mop on the range and let you out for an hour.  That's the only time you can talk to others by yelling through their doors.  The pay is $15 a month and there is very little you can buy for that.  A bag of coffee was $5-10 and stamps were 65 cents apiece. Cereal was $5, chips $5, envelopes and candy bars $2.

29.       Clothes are expensive: shoes were about $75 for average Adidas, sweatpants and sweaters $25-30, shorts $20, beanies $12, and T-shirts $12-15.  Art supplies could cost hundreds of dollars, and you would

have to make a special request called an SPO or special purchase order. It took months to approve. I didn't have that kind of money anyway.

30.     To leave your cell for a medical visit, you strip and show body cavities and they take you with shackles, handcuffs, and a belly chain. While you are talking to the doctor, one cop keeps a hand on your arm and the other stands by with a baton, while you discuss your intimate business. If they say you were malingering or are not impressed with what your complaint is, it is hard to argue with the cops right there. It is the same with visiting in the dentist.

31.     To go out of the institution for medical, it has to be approved by the unit team, the warden, and the region. It can take months. Once you are approved, they don't tell you when. One day, they give you an arm band, like a blood pressure cuff, that could give you an electric shock. They do the strip search, the body cavity search, the cuffs, shackles, and belly chain, and shuffle you onto a van. They warn you that with the electric cuff, if you try any moves, you are done. So there is no arguing with the doctor. At the medical office, you might get 30 seconds with doctor while surrounded by cops.

32.     While I was at ADX I had bad issues with my neck and throat, with swollen lymph nodes and—which I only learned after I got out— muscular damage and pinched nerves in my neck because of

11

compression of the spine.  After over year of requesting medical help, I received an MRI from a mobile van that came to ADX.  Even though my pain was muscular, the doctor ordered one designed to detect only bone damage.  When the MRI was negative, he said I was malingering and sent me back.  Since I got out, I have been receiving treatment and physical therapy for my bent spine, pinched nerves, and other problems.

33.    I also had dental trouble while I was at ADX.  One day my tooth started radiating pain.  I filled out two emergency cop-outs, trying to get seen.  I was crushing aspirin and rubbing it into my gums to try to stop the pain.  I couldn't eat or drink or sleep.  I begged the warden to let me go to the dentist.  Finally, seven days later, I got a dental appointment.  The dentist said, "Oh, your nerve died, why didn't you come sooner?"  She just ripped the tooth out.

34.    There is a psych class held in the gym.  It is almost impossible to get in, and then when people do they are sitting in a phone booth-sized cage with three others who are in their cages. People have to say whatever they have to say about their intimate problems in front of the other prisoners.  I didn't qualify because I was too close to my release.  To get in you need a certain amount of time left, a certain amount of good behavior, and a certain amount of pre-qualified psych classes.  I knew lots of people who applied and never got in.

35.     The only programming is either something you do alone with a packet of paper or something on TV.  For religious programming, you have to know the right time for your religion, and the only option is to watch a service on the TV.  Otherwise, it is a 1980s video about drawing horses or something similar.  For paper programming, they give you a paper Bingo card or trivia game that you play with yourself. There is also something called "enhancement" that earns you extra commissary.  For this, you have to write three intimate essays.  If you turn them in, you can pick a small package of crackers, a Nutella tub, or a marker or colored pencils. Most of the programming opportunities were degrading, none of them were stimulating.  But some dudes had been there 15-20 years and that was all they had.

36.     The setup at ADX makes it really hard to talk to other inmates because you can't hear from cell to cell.  There are only two ways and they don't work well.  You can take a toilet paper tube and blow down your sink drain.  If the person in the next cell hears you, they can blow down their sink drain, too.  Then one of you can say one sentence and you both have to blow again to open it back up.  Otherwise, the only other method is to stand at the door and yell at the top of your lungs.

37.     Mentally, I went through bad spells all the time because it feels so hopeless.  You feel isolated and no one can help you or hear you. You develop a lack of trust.  The life there ingrains in you that you are

13

worthless, something that still affects me now. Sometimes you don't even feel like getting up, but I would force myself to stick to my routine because the suicidal thoughts would sneak in fast if you just stayed on your bed. Also I had the blessing of an out date, which helped me to survive.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

I gave this declaration to an attorney for the plaintiffs over the phone on May 9, 2025, and have authorized her to add my electronic signature.

Electronically signed this 9th day of May 2025

*s/Eric King*
Eric King

14