UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>                      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>                      *Defendants*. | Case No. 1:25-cv-01161-TJK |

## DEFENDANTS' MOTION TO DISMISS

Defendants hereby move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss with prejudice all counts of Plaintiffs' complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The grounds for dismissal are set forth in the accompanying memorandum in support. A proposed order is also attached.

Dated: August 7, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Lisa Zeidner Marcus*
LISA MARCUS (NY Bar No. 4461679)
CHRISTOPHER EDELMAN
Senior Counsel
MARIANNE F. KIES
KEVIN BELL
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Tel.: (202) 514-3336
Email: lisa.marcus@usdoj.gov

*Attorneys for Defendants*