IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-01161-TJK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned attorney, Christopher D. Edelman, hereby withdraws his appearance as counsel on behalf of Defendants in the above-captioned case. Defendants will continue to be represented by other counsel at the United States Department of Justice, Civil Division.

Dated: October 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher Edelman*
Christopher D. Edelman
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*