IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>      *Defendants*. | Case No. 1:25-cv-01161-TJK |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Seventeen Plaintiffs in this action have now completed the Federal Bureau of Prisons' administrative appeal process challenging their unlawful redesignations to the U.S. Penitentiary Florence Administrative Maximum Facility ("ADX") in Florence, Colorado. Accordingly, and in an abundance of caution, Plaintiffs Rejon Taylor, Brandon Council, Chadrick Fulks, Thomas Hager, Charles Hall, Norris Holder, Richard Jackson, Jurijus Kadamovas, Daryl Lawrence, Iouri Mikhel, James Roane, Julius Robinson, Ricardo Sanchez, Richard Tipton, Jorge Torrez, Daniel Troya, and Alejandro Umaña hereby voluntarily dismiss their claims in the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). These Plaintiffs will file a new action in this Court challenging their redesignation and imminent transfer to ADX.

  To the best knowledge of counsel, the remaining Plaintiffs—Brandon Basham, Wesley Coonce, Ronald Mikos, and David Runyon—have not completed the administrative appeal process at this time and will continue prosecuting their claims in this action.

Dated: October 21, 2025
      Washington, DC

Respectfully submitted,

*/s/ Maria V. Morris*

Brian Stull, N.C. 36002*
Claudia Van Wyk, Penn. 95130*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
bstull@aclu.org
cvanwyk@aclu.org

David C. Fathi, Wash. 24893**
Maria V. Morris, D.C. 1697904
Carmen Iguina González, D.C. 1644730
Jennifer Wedekind, D.C. 1012362
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org
jwedekind@aclu.org

Corene T. Kendrick, Cal. 226642*
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

Laura Rovner, Colo. 35592*
Nicole Godfrey, Colo. 41546
Miriam Kerler, Colo. 56575
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

Joseph Margulies, Ill. 6198353***
**CORNELL UNIVERSITY**
Professor of the Practice of Government
216 White Hall
Ithaca, NY 14850
Tel: (607) 255-6477
jm347@cornell.edu

2

David Patton\*
Ian Robertson\*
Krysta Kilinski\*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice.*
*\*\* Not admitted in D.C.; practice limited to federal courts. Admitted pro hac vice.*
*\*\*\* Admitted to D.D.C. as pro bono counsel.*