## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REJON TAYLOR, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, in their official capacities, <br><br> *Defendants.* | Case No. 1:25-cv-01161-TJK |

### NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5(b)(3), Plaintiffs hereby notify the Court of a related case filed in the U.S. District Court for the District of Columbia on October 21, 2025: *Taylor v. Trump,* No. 25 Civ. 3742 (D.D.C.) ("*Taylor II*"). Civil cases are deemed related when, among other things, they "involve common issues of fact" or "grow out of the same event or transaction." Local Civ. R. 40.5(a)(3). As set forth below, the instant action ("*Taylor I*") and *Taylor II* easily satisfy these criteria. Therefore, for reasons of judicial economy and to preserve the Court's resources, *Taylor I* and *Taylor II* should be deemed related under Local Civil Rule 40.5(a)(3).

1.     On October 21, 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), former Plaintiffs Brandon Council, Chadrick Fulks, Thomas Hager, Charles Hall, Norris Holder, Richard Jackson, Jurijus Kadamovas, Daryl Lawrence, Iouri Mikhel, James Roane, Julius Robinson, Ricardo Sanchez, Rejon Taylor, Richard Tipton, Jorge Torrez, Daniel Troya, and Alejandro Umaña voluntarily dismissed their claims in the instant action without prejudice.

2.     Upon voluntarily dismissing their claims, these individuals commenced *Taylor II* with the filing of a new complaint for declaratory and injunctive relief in this Court.

3.      *Taylor I* and *Taylor II* involve common issues of fact and grow out of the same events. In both cases, plaintiffs are formerly condemned individuals whose federal death sentences were commuted to life imprisonment without the possibility of parole by President Biden on December 23, 2024. In both cases, defendants have unlawfully redesignated plaintiffs from the Special Confinement Unit at U.S Penitentiary Terre Haute, the federal death row, to the U.S. Penitentiary Florence Administrative Maximum Facility ("ADX") in Florence, Colorado, pursuant to unlawful directives from the President and Attorney General of the United States for the purpose of punishing plaintiffs for President Biden's lawful acts of clemency. In both cases, the Federal Bureau of Prisons ("BOP") adopted a new policy inconsistent with its current policy. And in both cases, plaintiffs' transfers to ADX are imminent and will occur as soon as October 31, 2025.

4.      Plaintiffs in *Taylor I* and *Taylor II* bring substantially similar and overlapping causes of action against defendants under the Administrative Procedure Act and the U.S. Constitution—specifically, the Fifth Amendment (procedural due process and equal protection); the Eighth Amendment (cruel and unusual punishment and deliberate indifference to serious medical and/or mental health needs); Article I, § 9 (bill of attainder and ex post facto); and Article II, § 2 (clemency power).

5.      Plaintiffs in *Taylor I* and *Taylor II* also seek substantially similar and overlapping forms of relief, including but not limited to an order enjoining their unlawful redesignation and transfer to ADX.

6.      Although the *Taylor I* Plaintiffs—Brandon Basham, Wesley Coonce, Ronald Mikos, and David Runyon—will continue prosecuting their claims in this action, they intend to voluntarily dismiss their claims and move to intervene in *Taylor II* following their completion of BOP's administrative appeal process.

This Notice is being served on counsel for Defendants via the Court's CM/ECF system.

Dated: October 21, 2025
      Washington, DC

Brian Stull, N.C. 36002*
Claudia Van Wyk, Penn. 95130*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
bstull@aclu.org
cvanwyk@aclu.org

Corene T. Kendrick, Cal. 226642*
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Laura Rovner, Colo. 35592*
Nicole Godfrey, Colo. 41546
Miriam Kerler, Colo. 56575
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

Respectfully submitted,

*/s/ Maria V. Morris*
David C. Fathi, Wash. 24893**
Maria V. Morris, D.C. 1697904
Carmen Iguina González, D.C. 1644730
Jennifer Wedekind, D.C. 1012362
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org
jwedekind@aclu.org

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL**
**RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

3

Joseph Margulies, Ill. 6198353\*\*\*
**CORNELL UNIVERSITY**
Professor of the Practice of Government
216 White Hall
Ithaca, NY 14850
Tel: (607) 255-6477
jm347@cornell.edu

David Patton\*
Ian Robertson\*
Krysta Kilinski\*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice.*
*\*\* Not admitted in D.C.; practice limited to federal courts. Admitted pro hac vice.*
*\*\*\* Admitted to D.D.C. as pro bono counsel.*