IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REJON TAYLOR, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*, in their official capacities,<br><br>*Defendants.* | Case No. 1:25-cv-01161-TJK |

**PLAINTIFFS COONCE, MIKOS, AND RUNYON'S
SECOND MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, Plaintiffs Coonce, Mikos, and Runyon (the "Medically At-Risk Plaintiffs"), by undersigned counsel, respectfully request that the Court issue a temporary restraining order ("TRO") enjoining all Defendants but President Trump from implementing the unlawful and unconstitutional Redesignation Directive by transferring the Medically At-Risk Plaintiffs to the U.S. Penitentiary Florence Administrative Maximum Facility ("ADX"), until such time as the Court can further consider the merits of the Medically At-Risk Plaintiffs' claims, including any motion for a preliminary injunction that the Medically At-Risk Plaintiffs may bring.[1] Upon information and belief, Defendants will begin transferring the Medically At-Risk Plaintiffs to ADX on or around October 31, 2025. Emergency relief is necessary because the circumstances are exigent and the injuries are irreparable. The attached memorandum of law, along with the supporting declaration

---

[1] The Medically At-Risk Plaintiffs would consent to the Court's conversion of this motion for a temporary restraining order to a motion for a preliminary injunction—such that briefing and any argument may proceed on a non-expedited basis—if Defendants would agree to refrain from transferring Plaintiffs to ADX pending the Court's resolution of such a motion.

and exhibits, set forth the grounds for this motion. A proposed TRO and a certificate of compliance with Local Civil Rule 65.1 are attached.

Dated: October 21, 2025
Washington, DC

Brian Stull, N.C. 36002*
Claudia Van Wyk, Penn. 95130*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
bstull@aclu.org
cvanwyk@aclu.org

Corene T. Kendrick, Cal. 226642*
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Laura Rovner, Colo. 35592*
Nicole Godfrey, Colo. 41546
Miriam Kerler, Colo. 56575
**STUDENT LAW OFFICE
UNIVERSITY OF DENVER
STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

Respectfully submitted,

*/s/ Maria V. Morris*
David C. Fathi, Wash. 24893**
Maria V. Morris, D.C. 1697904
Carmen Iguina González, D.C. 1644730
Jennifer Wedekind, D.C. 1012362
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org
jwedekind@aclu.org

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

C.J. Sandley, Ala. 5317-S48R*
Kayla Vinson, Ala. 3664-S48Q*
D. Korbin Felder, Miss. 106643*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

<div style="display: flex;">

<div>

Joseph Margulies, Ill. 6198353\*\*\*
**CORNELL UNIVERSITY**
Professor of the Practice of Government
216 White Hall
Ithaca, NY 14850
Tel: (607) 255-6477
jm347@cornell.edu

</div>

<div>

David Patton\*
Ian Robertson\*
Krysta Kilinski\*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice.*
*\*\* Not admitted in D.C.; practice limited to federal courts. Admitted pro hac vice.*
*\*\*\* Admitted to D.D.C. as pro bono counsel.*

</div>

</div>