IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REJON TAYLOR, *et al.*,

        *Plaintiffs*,

    v.

DONALD J. TRUMP, *et al.*, in their official capacities,

        *Defendants*.

Case No. 1:25-cv-01161-TJK

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY
PLAINTIFFS COONCE, MIKOS, AND RUNYON**

    Three Plaintiffs in this action have completed the administrative appeal process challenging their designations to U.S. Penitentiary Florence Administrative Maximum Facility in Florence, Colorado, and joined a related action alongside seventeen other former Plaintiffs. *Taylor v. Trump*, No. 25 Civ. 3742 (D.D.C. Feb. 11, 2026), ECF 69. Accordingly, Plaintiffs Coonce, Mikos, and Runyon hereby voluntarily dismiss their claims in the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The remaining Plaintiff in this action, Brandon Basham, will continue prosecuting his claims until he has completed Defendant Bureau of Prisons' administrative appeal process.

Dated: February 13, 2026
    New York, NY

Brian Stull, N.C. 36002*
Claudia Van Wyk, Penn. 95130*
**ACLU FOUNDATION**
201 W. Main St., Ste. 402
Durham, NC 27701
Tel: (919) 682-5659
bstull@aclu.org
cvanwyk@aclu.org


Corene T. Kendrick, Cal. 226642*
**ACLU FOUNDATION**
425 California St., Ste. 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Laura Rovner, Colo. 35592
Nicole Godfrey, Colo. 41546
Miriam Kerler, Colo. 56575
**STUDENT LAW OFFICE**
**UNIVERSITY OF DENVER**
**STURM COLLEGE OF LAW**
2255 E. Evans Ave., Ste. 335
Denver, CO 80210
Tel: (303) 871-6140
laura.rovner@du.edu
nicole.godfrey@du.edu
miriam.kerler@du.edu

Respectfully submitted,

 /s/ David Patton
David Patton*
Ian Robertson*
Krysta Kilinski*
**HECKER FINK LLP**
350 Fifth Ave, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
dpatton@heckerfink.com
irobertson@heckerfink.com
kkilinski@heckerfink.com

David C. Fathi, Wash. 24893**
Maria V. Morris, D.C. 1697904
Carmen Iguina González, D.C. 1644730
Jennifer Wedekind, D.C. 1012362
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org
mmorris@aclu.org
ciguinagonzalez@aclu.org
jwedekind@aclu.org

Sara Norman, Cal. 189536*
**LAW OFFICES OF SARA NORMAN**
P.O. Box 170462
San Francisco, CA 94117
Tel: (415) 236-3763
sara@saranormanlaw.com

Joseph Margulies, Ill. 6198353\*\*\*
**CORNELL UNIVERSITY**
Professor of the Practice of Government
216 White Hall
Ithaca, NY 14850
Tel: (607) 255-6477
jm347@cornell.edu

C.J. Sandley, Ala. 5317-S48R\*
Kayla Vinson, Ala. 3664-S48Q\*
D. Korbin Felder, Miss. 106643\*
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6443
csandley@ccrjustice.org
kvinson@ccrjustice.org
kfelder@ccrjustice.org

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice.*
*\*\* Not admitted in D.C.; practice limited to federal courts. Admitted pro hac vice.*
*\*\*\* Admitted to D.D.C. as pro bono counsel.*