**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

REJON TAYLOR, *et al.*,

*Plaintiffs,*

v.

DONALD J. TRUMP, *et al.*, in their official capacities,

*Defendants*.

Case No. 1:25-cv-01161-TJK

**NOTICE OF WITHDRAWAL OF JENNIFER WEDEKIND**

PLEASE TAKE NOTICE that as of October 2, 2026, Jennifer Wedekind is no longer associated with the American Civil Liberties Union Foundation ("ACLU"), and therefore hereby withdraws as counsel of record for Plaintiffs in the above-captioned matter, pursuant to Local Civil Rule 83.6(b). Plaintiffs will continue to be represented by remaining counsel of record from the ACLU.

Dated: October 6, 2026

Respectfully submitted

*/s/ Jennifer Wedekind*
Jennifer Wedekind

*Counsel for Plaintiffs*